# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 JAN 20  PM 4: 23

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.  _____*17 - cv - 196*_____

(To be supplied by the court)

PHAN, KENT VU _____, Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY _____, Defendant(s).

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

(List each named defendant on a separate line.)

---

## COMPLAINT AND DEMAND FOR TRIAL

---

(Rev. 07/06)

# PARTIES

**1-Plaintiff:** Phan, Kent Vu          is a citizen of Colorado State

Who presently resides at the following address: 14896-E-2nd Ave, Apt: H106

Aurora, CO 80011


**2- Defendant:** AMERICAN FAMILY

INSURANCE COMPANY          is a citizen of WISCONSIN State

Who live(s) at or is/are located at the following

address: 6000 AMERICAN Parkway

Madison, WI 53783

Counsel by: Attorney Dylan Lewis, Esq          is a citizen of Colorado State

Who live(s) at or is/are located at the following

address: P.O. Box 3328

Englewood, CO 80155-3328

# JURISDICTION AND VENUE

1- This court has subject matter jurisdiction over this action Pursuant to:

- 28 U.S.C. 1658 (a)

- 28 U.S.C. 2501

- 28 U.S.C. 1332 (a) (b)

- Continuing Claim

- Plaintiff is meeting to ADA"s definition.

- U.S.C. Title 42, Chapter 126, Section 12101 Definition and Purpose.

- ADA is widely applies to all areas of society.

- Colorado Law and Regulation of Insurance:

  - C.R.S. 10-31116

  - C.R.S. 10-4-1009  continuing duties of insurers.

2- Venue is proper in the District of Colorado under:

  - 28 U.S.C. 1391 Venue Generally.

3- Order Dismissed without prejudice by Colorado Supreme Court on the November 28th, 2016

# FACTS

This complaint is continuing base on the Claim Number: 161-904018 had been filed to the American Family Insurance since the April 2012 for the accidence happened on 04/21/12, and I am still continuing treatment up to present. I become disabled since 12/2012; American Family Insurance had already known about my disability status, but it had not represented its duties. If my treatment had not disturbed by the defendants who named in the case: 1:16cv02728; my medical condition may better and cannot be extending up today.

From the past to present, pain had been affected and limitted to my daily activities such as walking, standing, lifting, sitting, blur vision, headaches, lacked of sleep, poor concentration, bad memory. These symptoms are generated a dangerous in driving, and difficulty on working on computer. The blur vision and poor of concentration are not only affecting on my driving behavior but deeply affecting on my reading and writing as well; all my submision to court had been spent sometime a momth or more; therefore retardness is inevitable. In addition, check pain and feeling of nausea due to mid-back pain is bothering me too; I had been emergency for these symptoms; doctors found nothing have related to heart, or stomach ills. The symptom of mid-back pain was generated after accident, pain is radiated to front belly and generated a feeling of nausae and chest pain. I had

4

informed and requested for remedy but this matter had been ignored by doctors. My bodily movement had been extremely restricted through the spine; the injuries not only affecting on physical pain but also evoked the depression again because for a long time I had been living under tortment by pain as well as bad-treated by defendants. These injured had deeply affected to my life and will affected up to the rest of my life; I become disabled on December 2012; my health condition are really worst and my medical condition improved on the scale of 50% to 60% only. My medical condition will never recovery from injured, and I had to live in the condition of permanent disable. I have a degree from graduate school on 2013, but I am unable to work; my brilliant future had been engulfed by the injuries; my lost is huge.

Following are my summary of medical problems had been generated by accident as well as deeply affecting to my health condition:

### Lumbar MRI's Scan February 12, 2016

L1-2 shows normal disc signal.

L2-3 shows normal disc signal.

L3-4 Shows mildly dark T2 disc signal and disc narrowing. There is a small central disc bulge mildly indenting the dural sac without root sleeve deformity.

L4-5 shows mildly dark T2 disc signal.

L5- S1 shows mildly dark T2 signal and mild disc narrowing. There is a small central disc bulge extending into the epidural fat without dural sac deformity. It contacts the left S1 root sleeve without deformity. There is left paracentral annular T2 hyperintensity consistent with annular fissure. Mild joint hypertrophy and disc bulge mildly narrow the left foramen without root sleeve deformity.

### Thoracic MRI's Scan February 12, 2016

Disc height are preserved with mildly dark T2 signal through out the thoracic spine. Small central disc protrusion is noted at T6-7 without cord or root sleeve deformity.

### Cervical MRI's Scan August 28, 2015

C2-3 shows mildly dark disc signal.

C3-4 shows mildly dark disc signal. Small disc bulge with mild dural sac indentation. The left foramen is moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C5-6 shows mildly dark disc signal with mild disc space narrowing. There is a

small central disc bulge with mild dural sac indentation. The left foramen is moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C6-7 shows mildly dark disc signal with mild disc space narrowing. There is a small central disc bulge with mild dural sac indentation. Both foramina are moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C7-T1 shows mildly dark disc signal.

**_Thoracic MRI's on June 09,2015_**

T6-7 There is a minumal concentric, herniated, and/or bony bulge at the T6-7

**_Lumbar MRI's Scan June 09, 2015_**

L 1 Compression fracture is unchanged in appearance from the 2014 scan.

L3-4 Moderate diffuse disc bulge at L3-4, more prominent along the right posterolateral disc circumference. Facet and ligamentous hypertrophic

degenerative changes are seen. Mild central spinal canal stenosis without foraminal narrowing.

L4-5 Minor concentric disc bulge.

L5 S1 Mild-broad based left lateral disc bulge and mild facet degenerative change There is mild left foraminal narrowing. Linear focus of high signal intensity in the posterior margin of the L5 S1 disc is consistent with an anular fissure.

### *Cervical MRI's Scan Jan 23, 2014*

C4-5 there is a mild posterior subluxation

C3-4 Mild right paracentral disc and or bony bulge.

C4-5 Mild concentric and/ or bony bulge significant compresses subarchnoid space anterior to the cord. Facet and Luschka joint degenerative changes on the left result in foraminal narrowing.

C5-6 Mild right paracentral and/ or bony bulge. Prominent facet and ligamentous hypertrophic degenerative changes on the left result in foraminal narrowing.

C6-7 Foraminal narrowing is noted due to facet and Luschka joint degenerative changes.

## *Lumbar MRI's Scan Jan 23, 2014*

L-1 Old, compression fracture.

L3-4 small right posterolateral disc protrusion with borderline canal stenosis.

L5-S1 Left posterolateral disc extrusion, mild left foraminal narrowing at this level , minimal retrolisthesis of L3 on L4, and a shallow right posterolateral  disc protrusion and mildly indenting the thecal sac with borderline canal stenosis.

L5-S1 there is small left posterolateral disc protrusion which appears to contact but not definitely displace the left S1 nerve root origin. There is mild facet joint a degenerative change at that level on the left neural foramen is mildly narrowed.

## *Shoulder Pain MRI's Scan Feb 05, 2013*

Supraspinatus and infraspinatus tendinosis.

Small superior lateral tear.

This injured I did not receive treatment by the because of Dr. Khoi Pham Duy and State Farm Ins.

## *Cervical's MRI on 10/24/12*

C2-3 shows moderately dark signal

C3-4 shows moderately dark signal, There is a small central disc bulge with mild dural sac indentation.

C4-5 shows moderately dark signal with interval moderate disc space narrowing. There is a stable small central disc bulge with mild dural sac indentation.

C5-6 shows moderately dark signal with moderate disc spacing narrowing. There is a stable small central disc bulge with mild dural sac indentation.

There is moderate left foraminal narrowing which appear predominantly bony and due to uncinate hypertrophy. It is deforming the left C6 root sleeve best seen on series 6 images 18.

C6-7 shows moderately dark signal with interval moderate disc space narrowing. There is a stable small central disc bulge with mild dural sac indentation.

There is bilateral foraminal narrowing, mild on the right and moderate on the left. The foraminal narrowing appears both bony and due to disc particularly on the left side, best seen on series 3 image 3.

C7-T 1 shows mildly dark disc signal.

***Chiroptactic Diagnosis*** by Dr. Alvin Padua:

- Cervical Sprain/Strain; Cervical Radiculitis

- Cervical Intervertebral; laxity of ligament

- Cervical Segmental Dysfunction

- Cervical Disc Degeneration

- Thoracic Sprain/ Strain

- Thoracic Segmental Dysfunction

- Thoracic Disc Degeneration

- Lumbar Sprain/Strain

- Lumbar Segmental Dusfunction

- Lumbar Disc Degeneration

- Sciatica.

Physical restrictions include:

- prolong standing.

- prolong walking.

- lifting, pushing, pulling, greater than 20 pounds,

   no overhead arm movement.

- exercising

- strenuous activities.

***Chiroptactic Diagnosis*** by Dr. Christopher Butler:

- Siffness of joint, not elswhere classified, shoulder region.

- Brachial neuritis or radiculitis, NOS.

- Thoracic or lumbosacral neuritis or radiculitis, unspecified.

11

# REQUEST FOR RELIEF

***Total Recoverable Economic Losses:***

The injury from accident is the mainspring of my disability because of concussion from collision; therefore, I am entitled to recover 100% of all economic and non-economic losses directly from at-fault driver.

### *Medical Expenses:*

| | |
|---|---|
| Aim High Chiropractic: | $17,301.34 |
| Health Images At City Place: | $ 3,203.00 |
| Mile Hi Neurology: | $ 1673.00 |
| University Hospital: | $ 1859.01 |
| University Physicians: | $ 266.00 |
| Bone&Joint Center: | $ 1600.00 |
| Kaiser Permanente: | $16,363,69 |
| Mountain Spine: | $18,599.66 |
| Saint Joseph Hospital: | $ 3879.95 |

Butler Family Health Center:                    $ 4140.00

Target Pharmacy:                                 $ 2171.65

Emergency on 03/03/15 and 03/04/15              $15,991.61

Ambulance:                                       $  1,580.66

Emergency on 09/04/16:                           $  8,845.4

Mileage:                                         $ 1276.00

                                                 $96750.70 x 3 = $290,252.10

C.R.S. 13-25-102 and 103:  19.2 year:

about $6500/year=                                $124,800.00+$290,252.10

**Total:**                                       ***$415,052.10***

Pursuant to the American with Disabilities Act; I found that American Family Insurance in violated to this ADA Act; because its had already notice that I was disabled by its insured on accidence of 04/21/12. It had no action in order that represented for its duties while its insured was "in fault driver"

Pursuant to C.R.S. 10-3-1116; American Family Insurance in violated to the Colorado Law of Insurance, It shall be responsible to my injured.

The purpose of Statute of Limitation is care about lost, fade, or falsely; evident. This case is quite differed; all obviosly evidence are still reliable,retrievable, and legally applies. The reason of American Family Insurance alleged for this claim was out of Statute of Limitation is not convincible. Moreover my medical condition was not recovery yet; and it seemingly I must suffer a condition of permanent disability.

Based on  past, present, and future pain, I am suffering a inconvenience, lost quality of life, living under emotional distress, and these injuries are engulfed my

bright future because. I have good educated in the USA but I my workability was lost. I have a petition to Arapahoe District Court make a judgment against American Family Insurance Company in full and final settlement in amount of $415,052.00 (four hundred fifteen thousand fifty two dollars and ten cents). This a mount will modify or amend before trial or final judgment; because in nearly two months my medical condition is worsen if compare to before, and some of bills are not retrievable at this time due to my medical condition, and my treatment has related to accident being barrier, my examinate by MRI has been denied because hospital refused my medicaid card.

Respectfully submitted,

By Plaintiff Phan, Kent Vu

Date: January 20, 2017

_(Plaintiff's Original Signature)_
14896-E-2nd Ave Apt: H 106
_(Street Address)_
Aurora, CO 80011
_(City, State, ZIP)_

*I have an attachment (Exhibit) for all my medical records: MRI's reports, Evaluation by Neurologist, Chiropractors, Emergencies documental. Exhibit:1,2,3,4,5,6,7,8,and 9.*

| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: November 28, 2016 |
| Certiorari to the Court of Appeals, 2016CA962<br>District Court, Arapahoe County, 2015CV493 | |
| **Petitioner:**<br><br>Kent Vu Phan,<br><br>v.<br><br>**Respondent:**<br><br>American Family Insurance Company. | Supreme Court Case No:<br>2016SC682 |

## ORDER OF COURT

Upon consideration of the Motion to Voluntary Dismissal of Case 16CA962 and 16SC682 Pursuant to C.R.C.P. Rule 41 filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that said Motion shall be, and the same hereby is, GRANTED. The above-captioned case is dismissed without prejudice.

BY THE COURT, NOVEMBER 28, 2016.

**Formal Health Record**                                    Printed 10/27/2016

| Patient | Provider | Practice |
|---|---|---|
| Phan, Kent | Fuller, Brian MD | Mountain Spine and Pain Physicians |
| Male, 10/8/1953 (63) | 2373 Central Park BlvdSte 303, Denver CO 80238 | |
| ID 74990966, Chart Number 74990966 | Ph: 303-3553700, Fax: 303-9575505 | |
| PCP: Meghann Devito | | |

## Problem list

| Onset Date | ICD Code | Diagnosis | Provider | Status | State |
|---|---|---|---|---|---|
| 6/15/2016 | M43.07 | Spondylolysis Lumbosacral Region | | | |
| 6/15/2016 | M47.897 | Other Spondylosis Lumbosacral Region | | | |
| 12/4/2015 | M43.06 | Spondylolysis Lumbar Region | | | |
| 12/4/2015 | M47.896 | Other Spondylosis Lumbar Region | | | |
| 11/9/2015 | S33.9XXA | Sprain Uns Parts Lumbar Spine & Pelvis Init Enc | | | |
| 11/3/2015 | M47.816 | Spondylosis W/O Myelopath/Radiculopathy Lumb Rgn | | | |
| 11/3/2015 | M54.5 | Low Back Pain | | | |
| 11/3/2015 | M47.817 | Spondylosis W/O Myelopath/Radiculopathy Ls Rgn | | | |
| 10/14/2015 | M54.14 | Radiculopathy Thoracic Region | | | |
| 10/14/2015 | M51.34 | Oth Intervertebral Disc Degen Thoracic Region | | | |
| 9/22/2015 | 724.4 | Thoracic/Lumbosacral Neuritis/Radiculitis Unspec | | | |
| 9/22/2015 | 722.52 | Degen Lumbar/Lumbosacral Intervertebral Disc | | | |
| 9/14/2015 | 722.4 | Degeneration Of Cervical Intervertebral Disc | | | |
| 9/14/2015 | 723.1 | Cervicalgia | | | |
| 9/14/2015 | 721.0 | Cervical Spondylosis Without Myelopathy | | | |
| 8/27/2015 | 723.4 | Brachial Neuritis Or Radiculitis Nos | | | |
| 8/27/2015 | 721.3 | Lumbosacral Spondylosis Without Myelopathy | | | |
| 8/27/2015 | 721.2 | Thoracic Spondylosis Without Myelopathy | | | |
| 8/27/2015 | 724.2 | Lumbago | | | |
| 8/27/2015 | 724.1 | Pain In Thoracic Spine | | | |
| 8/27/2015 | 729.1 | Unspecified Myalgia And Myositis | | | |

Exhibit:  1

| Phan, Kent | | Male, 10/8/1953 (63) | | ID 74990966 | | Chart Number 74990966 |
|---|---|---|---|---|---|---|

## Medications

| Original Date | Medication | Renewal Date | Filing Provider | Quantity | Refills | Notes |
|---|---|---|---|---|---|---|
| 8/27/2015 | Terazosin HCl Oral Capsule 10 MG | | | | | |
| 8/27/2015 | MetFORMIN HCl Oral Tablet 500 MG | | | | , | |
| 8/27/2015 | Lipitor Oral Tablet 10 MG | | | | , | |
| 8/27/2015 | Losartan Potassium Oral Tablet 25 MG | | | | , | |
| 8/27/2015 | Vicodin Oral Tablet 5-300 MG | | | | , | |
| 8/27/2015 | TraMADol HCl Oral Tablet 50 MG | | | | , | |
| 8/27/2015 | Lidoderm External Patch 5 % | | | | , | |

## Encounters

| Date | Appointment Type | Encounter Type | Provider | Diagnosis |
|---|---|---|---|---|
| 7/19/2016 | L MB RF | Procedure | Fuller, Brian J | |
| 7/19/2016 | Follow Up | Visit | Fuller, Brian J | |
| 6/15/2016 | L MB RF | Procedure | Fuller, Brian J | |
| 12/4/2015 | L MB RF | Procedure | Fuller, Brian J | |
| 11/20/2015 | L MB RF | Procedure | Fuller, Brian J | |
| 11/9/2015 | L MBB x 2 | Visit | Fuller, Brian J | |
| 11/3/2015 | L MBB x 1 | Procedure | Fuller, Brian J | |
| 10/14/2015 | T TFESI | Procedure | Fuller, Brian J | |
| 9/22/2015 | L TFESI | Procedure | Fuller, Brian J | |
| 9/14/2015 | L TFESI | Procedure | Fuller, Brian J | |
| 9/14/2015 | Follow Up | Visit | Fuller, Brian J | |
| 8/27/2015 | New Patient | Visit | Fuller, Brian J | Brachial Neuritis Or Radiculitis Nos(723.4) |

## Procedures

| Start Date | Code | Description | Provider |
|---|---|---|---|
| 8/27/2015 | 99205 | Office Outpatient New 60 Minutes | Fuller, Brian J |
| 9/14/2015 | 99213 | Office Outpatient Visit 15 Minutes | Fuller, Brian J |
| 9/14/2015 | 64483 | Njx Anes&/Strd W/Img Tfrml Edrl Lmbr/Sac 1 Lvl | Fuller, Brian J |
| 9/14/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |
| 9/14/2015 | J1100 | Injection Dexamethosone Sodium Phosphate 1 Mg | Fuller, Brian J |
| 9/22/2015 | 64483 | Njx Anes&/Strd W/Img Tfrml Edrl Lmbr/Sac 1 Lvl | Fuller, Brian J |
| 9/22/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |
| 9/22/2015 | J1030 | Injection Methylprednisolone Acetate 40 Mg | Fuller, Brian J |
| 10/14/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |
| 10/14/2015 | J1100 | Injection Dexamethosone Sodium Phosphate 1 Mg | Fuller, Brian J |
| 10/14/2015 | 64479 | Njx Anes&/Strd W/Img Tfrml Edrl Crv/Thrc 1 Lvl | Fuller, Brian J |
| 11/3/2015 | 64493 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 1 Level | Fuller, Brian J |
| 11/3/2015 | 64494 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 2nd Level | Fuller, Brian J |
| 11/3/2015 | 64495 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 3+ Level | Fuller, Brian J |
| 11/3/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |
|---|---|---|---|

| 11/9/2015 | 77002 | Fluoroscopic Guidance Needle Placement | Fuller, Brian J |
| 11/9/2015 | J1030 | Injection Methylprednisolone Acetate 40 Mg | Fuller, Brian J |
| 11/9/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |
| 11/9/2015 | 20610 | Arthrocentesis Aspir&/Inj Major Jt/Bursa W/O Us | Fuller, Brian J |
| 11/9/2015 | 64493 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 1 Level | Fuller, Brian J |
| 11/9/2015 | 64494 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 2nd Level | Fuller, Brian J |
| 11/9/2015 | 64495 | Njx Dx/Ther Agt Pvrt Facet Jt Lmbr/Sac 3+ Level | Fuller, Brian J |
| 11/9/2015 | Q9966 | Locm 200-299 Mg/Ml Iodine Concentration Per Ml | Fuller, Brian J |
| 11/20/2015 | 64635 | Dstr Nrolytc Agnt Parverteb Fct Sngl Lmbr/Sacral | Fuller, Brian J |
| 11/20/2015 | 64636 | Dstr Nrolytc Agnt Parverteb Fct Addl Lmbr/Sacral | Fuller, Brian J |
| 11/20/2015 | J1100 | Injection Dexamethosone Sodium Phosphate 1 Mg | Fuller, Brian J |
| 12/4/2015 | 64635 | Dstr Nrolytc Agnt Parverteb Fct Sngl Lmbr/Sacral | Fuller, Brian J |
| 12/4/2015 | 64636 | Dstr Nrolytc Agnt Parverteb Fct Addl Lmbr/Sacral | Fuller, Brian J |
| 12/4/2015 | J1100 | Injection Dexamethosone Sodium Phosphate 1 Mg | Fuller, Brian J |
| 6/15/2016 | 64635 | Dstr Nrolytc Agnt Parverteb Fct Sngl Lmbr/Sacral | Fuller, Brian J |
| 6/15/2016 | 64636 | Dstr Nrolytc Agnt Parverteb Fct Addl Lmbr/Sacral | Fuller, Brian J |
| 7/19/2016 | 64635 | Dstr Nrolytc Agnt Parverteb Fct Sngl Lmbr/Sacral | Fuller, Brian J |
| 7/19/2016 | 64636 | Dstr Nrolytc Agnt Parverteb Fct Addl Lmbr/Sacral | Fuller, Brian J |
| 7/19/2016 | 99213 | Office Outpatient Visit 15 Minutes | Fuller, Brian J |

## Referrals

| Date | Type | Auth ID | Referral From (Specialty) | Referral To(Specialty) | Status |
|---|---|---|---|---|---|
| No information available as of 10/27/2016 | | | | | |

## Patient Care Management

| Due Date | Health Maintenance | | |
|---|---|---|---|
| 8/27/2015 | Hep A Vaccine Dose 1 | | Past Due |
| 8/27/2015 | Hep A Vaccine Dose 2 | | Past Due |
| 8/27/2015 | Hep B Vaccine Dose 1 | | Past Due |
| 8/27/2015 | Hep B Vaccine Dose 2 | | Past Due |
| 8/27/2015 | Hep B Vaccine Dose 3 | | Past Due |
| 8/27/2015 | Influenza vaccine | | Past Due |
| 8/27/2015 | Pneumococcal | | Past Due |
| 8/27/2015 | Td/Tdap Vaccine | | Past Due |
| 8/27/2015 | Varicella Dose 1 | | Past Due |
| 8/27/2015 | Varicella Dose 2 | | Past Due |

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990986 | Chart Number 74990986 |

**Past Medical History:**

No recent change in medical history.

The patient has a past history of  Hypertension, Diabetes Mellitus type 2, Rheumatoid Arthritis, Depression, High Cholesterol,

**Social History:**

Smoking Status: Never smoker; Last Reviewed: 08/27/2015; Tobacco User: No

Alcohol use: Non-Drinker

Occupation: disabled

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |
|---|---|---|---|



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

RE: Kent Phan
DOB: 10/8/1953
Date of Service: 7/19/2016

Thank you for allowing me to participate in the care of your patient.

**Chief Complaint:**
Midthoracic pain greater than Low back pain greater than neck pain

**History of Present Illness:**
Mr. Phan is a pleasant 62-year-old right handed gentleman with a long history of neck and low back pain.  He describes greater than 80 percent improvement x6 months low back pain with radiation to the bilateral anterior thighs which is with standing following lumbar medial branch neurotomy. He describes 100% improved neck pain with radiation to the posterior shoulders which is worse with rotation.  Finally, He previously described greater greater than 75% improved midthoracic pain following thoracic epidural steroid injection but is slowly returning baseline.

**Current Medications:**
    Medications List Reviewed (07/19/16 12:43:21 PM US/Mountain)
    Terazosin HCl Oral Capsule 10 MG (8/27/2015)
    MetFORMIN HCl Oral Tablet 500 MG (8/27/2015)
    Lipitor Oral Tablet 10 MG (8/27/2015)
    Losartan Potassium Oral Tablet 25 MG (8/27/2015)
    Vicodin Oral Tablet 5-300 MG (8/27/2015)
    TraMADol HCl Oral Tablet 50 MG (8/27/2015)
    Lidoderm External Patch 5 % (8/27/2015)

**Past Medical History:**
No recent change in medical history.
The patient has a past medical history of  Hypertension, Diabetes Mellitus type 2, Rheumatoid Arthritis, Depression, High Cholesterol.

**Social History:**
Alcohol use: Non-Drinker
Occupation: disabled
Smoking Status: Never smoker; Last Reviewed: 08/27/2015
Tobacco User: No

**Review of Systems:**
The patient reports  no  new onset headache, no vision changes, no hearing changes or sore throat.

**Vital Signs:**
Weight 170 lbs; Height 5 ft 6 inBMI 27.4.
*07/19/2016 12:43 PM (US/Mountain)*
Pulse Rate 88 bpm; Blood Pressure 164 / 100 mm/Hg

## Physical Examination:

MUSCULOSKELETAL: 5/5 strength of the bilateral lower extremities notes for all major muscle groups. mild Pain with palpation of bilateral sacral sulcus. mild pain with palpation of the bilateral cervical facet line. Pain with bilateral lumbar facet loading maneuver.    pain with thoracic extension

N and mildEUROLOGIC: 1/4 deep tendon reflexes of the bilateral patellae and achilles noted. Negative seated bilateral straight leg raises. No beat clonus noted bilateral lower extremities.

SKIN: no evidence of rash or wound

## Assessment:

Diagnosis Reviewed - 07/19/16 12:43:21 PM US/Mountain

Mr. Phan is a pleasant 62-year-old right handed gentleman with a long history of neck and low back pain. He describes greater than 80 percent improvement x6 months low back pain with radiation to the bilateral anterior thighs which is with standing following lumbar medial branch neurotomy. He describes 100% improved neck pain with radiation to the posterior shoulders which is worse with rotation. Finally, He previously described greater greater than 75% improved midthoracic pain following thoracic epidural steroid injection but is slowly returning baseline.


differential diagnosis of low back pain includes facet pain and discogenic pain. Differential diagnosis of anterior thigh pain includes referred pain and radicular pain. Differential diagnosis of neck pain includes myofascial pain, facet pain and discogenic pain. Differential diagnosis of shoulder pain includes referred pain and radicular pain. Differential diagnosis of midthoracic pain includes myofascial pain discogenic pain


## Plan:

1. Treatment plan-patient previously reported greater than 65% improvement times over 6 months following bilateral T6 to 7 transforaminal epidural steroid injection but is returned baseline. Patient be scheduled for repeat bilateral T6-7 transforaminal epidural steroid injection.

2. Areatment options-include repeat bilateral L2, 3, 4, 5 medial branch neurotomy every 6-12 months., Repeat bilateral T6-7 transforaminal epidural steroid injection.

3. Diagnostic tests- bilateral L2, 3, 4-5 medial branch blocks positive x2..

4. Medications-patient's trialed NSAIDs without benefit

5. Therapies- continue physical therapy home exercise program.

6. Imaging- cervical MRI reveals multilevel spondylosis and degenerative disc disease.. MRI lumbar spine reveals at L3-4 disc bulge facet arthropathy central stenosis, 4-5 disc bulge, 5-1 left-sided disc bulge facet arthropathy annular tear. MRI thoracic spine reveals disc bulge at T6-7

7. Other considerations- patient's speaks English as second language

8. treatment history-lumbar medial branch neurotomy with 80% improvement of low back pain x6 months. Lumbar epidural steroid injection x2 with greater than a percent improvement of lower extremity pain. Thoracic epidural steroid injection with 75% improvement x6 months of midthoracic pain

8. Follow up -after injection


Please feel free to contact me with any further questions regarding this patient's care.

This dictation was performed with a voice recognition system and the text may contain minor errors.

*Fuller*

Brian J Fuller MD

Electronically signed:
7/19/2016 12:53:43 PM



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 62**
**Date: 7/19/2016**

## LUMBAR MEDIAL BRANCH RADIOFREQUENCY LESIONING

**PROCEDURE:**
1. Left Lumbar 2,3,4,5 medial branch radiofrequency lesioning
2. Fluoroscopic Guidance

**INDICATION:**
1. Low back pain
2. Lumbar spondylosis

**PROCEDURALIST:**

Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed as follows infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understands the informed consent and desires to have the procedure performed.

**MODERATE CONSCIOUS SEDATION:** none administered via IV by Dr. Brian J. Fuller. Patient's oxygen saturation and vital signs were monitored continuously throughout the procedure by the medical assistant.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine.

The patient was place in the prone position on the treatment table with a pillow under the abdomen to reduce the natural lumbar lordosis. The skin over and surrounding the treatment area was cleaned with Chloraprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopy was used to identify the boney landmarks of the spine and the planned needle approach. The skin, subcutaneous tissue, and muscle within the planned approach were anesthetized with bicarbonate and 1% lidocaine via a 30 gauge one inch needle. With fluoroscopy, 4 18-gauge 100mm insulated spinal needle(s) with a 10mm active tip were gently guided into the region of the Medial Branch nerves from the Dorsal Ramus of aforementioned medial branches. Specifically, each needle tip was inserted to the bone at the groove at the groove between the transverse process and superior articular process of lumbar vertebra, or for sacral vertebrae at the lateral-

superior border of the posterior sacral foramen. Needle localization was confirmed with AP and lateral radiographs. The following technique was used to confirm placement at the Medial Branch nerves: motor stimulation was applied at 2 Hz with 1 millisecond duration; corresponding paraspinal muscle twitching at less than 1 volt and no extremity movement was noted at less than 3 volts. Following this, the needle stylet was removed and a syringe containing 2% lidocaine was attached. At each level, after syringe aspiration with no blood return, 1 cc 2% lidocaine was injected into equally divided doses to anesthetize the Medial Branch nerve and surrounding tissue and to decrease incidence of post procedural neuritis. After completion of each nerve block two lesions were created at each level with a temperature of 80 degrees Celsius for 90 seconds. The second lesion was made after withdrawing the needle tip approximately 5 mm and rotating bevel approximately 180 degrees. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating scale na/10, post-procedural numeric rating scale na/10.

The patient described approximately 80% relief with previous diagnostic medial branch blocks.
The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes. and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Amanda Evans, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

**Electronically Signed By: Brian Fuller MD**
Electronically signed: 7/19/2016 12:49:05 PM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

Name: Kent Phan
DOB: 10/8/1953
Age: 62
Date: 6/15/2016

## LUMBAR MEDIAL BRANCH RADIOFREQUENCY LESIONING

**PROCEDURE:**
1. Right Lumbar 2,3,4,5 medial branch radiofrequency lesioning
2. Fluoroscopic Guidance

**INDICATION:**
1. Low back pain
2. Lumbar spondylosis

**PROCEDURALIST:**

Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed as follows infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understands the informed consent and desires to have the procedure performed.

**MODERATE CONSCIOUS SEDATION:** none administered via IV by Dr. Brian J. Fuller. Patient's oxygen saturation and vital signs were monitored continuously throughout the procedure by the medical assistant.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine.

The patient was place in the prone position on the treatment table with a pillow under the abdomen to reduce the natural lumbar lordosis. The skin over and surrounding the treatment area was cleaned with Chloraprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopy was used to identify the boney landmarks of the spine and the planned needle approach. The skin, subcutaneous tissue, and muscle within the planned approach were anesthetized with bicarbonate and 1% lidocaine via a 30 gauge one inch needle. With fluoroscopy, 4 18-gauge 100mm insulated spinal needle(s) with a 10mm active tip were gently guided into the region of the Medial Branch nerves from the Dorsal Ramus of aforementioned medial branches. Specifically, each needle tip was inserted to the bone at the groove at the groove between the transverse process and superior articular process of lumbar vertebra, or for sacral vertebrae at the lateral-

superior border of the posterior sacral foramen. Needle localization was confirmed with AP and lateral radiographs. The following technique was used to confirm placement at the Medial Branch nerves: motor stimulation was applied at 2 Hz with 1 millisecond duration; corresponding paraspinal muscle twitching at less than I volt and no extremity movement was noted at less than 3 volts. Following this, the needle stylet was removed and a syringe containing 2% lidocaine was attached. At each level, after syringe aspiration with no blood return, 1 cc 2% lidocaine was injected into equally divided doses to anesthetize the Medial Branch nerve and surrounding tissue and to decrease incidence of post procedural neuritis. After completion of each nerve block two lesions were created at each level with a temperature of 80 degrees Celsius for 90 seconds. The second lesion was made after withdrawing the needle tip approximately 5 mm and rotating bevel approximately 180 degrees. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating scale na/10, post-procedural numeric rating scale nA/10.

The patient described approximately 80% relief with previous diagnostic medial branch blocks.
The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes. and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Yolanda Luna, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

Electronically Signed By: Brian Fuller MD
Electronically signed: 6/15/2016 2:01:25 PM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700   Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

Name: Kent Phan
DOB: 10/8/1953
Age: 62
Date: 12/4/2015

## LUMBAR MEDIAL BRANCH RADIOFREQUENCY LESIONING

**PROCEDURE:**
1. Left Lumbar 2,3,4,5 medial branch radiofrequency lesioning
2. Fluoroscopic Guidance

**INDICATION:**
1. Low back pain
2. Lumbar spondylosis

**PROCEDURALIST:**

Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed as follows infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understands the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed.  Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient has an IV placed in the upper extremity. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None

The patient was place in the prone position on the treatment table with a pillow under the abdomen to reduce the natural lumbar lordosis. The skin over and surrounding the treatment area was cleaned with Chloraprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopy was used to identify the boney landmarks of the spine and the planned needle approach. The skin, subcutaneous tissue, and muscle within the planned approach were anesthetized with bicarbonate and 1% lidocaine via a 30 gauge one inch needle. With fluoroscopy, 4 18-gauge 100mm insulated spinal needle(s) with a 10mm active tip were gently guided into the region of the Medial Branch nerves from the Dorsal Ramus of aforementioned medial branches. Specifically, each needle tip was inserted to the bone at the groove at the groove between the transverse process and superior articular process of lumbar vertebra, or for sacral vertebrae at the lateral-superior border of the posterior sacral foramen. Needle localization was confirmed with AP and lateral radiographs. The following technique was used to confirm placement at the Medial Branch nerves: motor stimulation was applied at 2 Hz with 1 millisecond duration; corresponding paraspinal muscle twitching at less than 1 volt and no extremity movement was noted

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

at less than 3 volts. Following this, the needle stylet was removed and a syringe containing 2% lidocaine was attached. At each level, after syringe aspiration with no blood return, 1 cc 2% lidocaine and 2mg dexamethasone. was injected into equally divided doses to anesthetize the Medial Branch nerve and surrounding tissue and to decrease incidence of post procedural neuritis. After completion of each nerve block two lesions were created at each level with a temperature of 80 degrees Celsius for 90 seconds. The second lesion was made after withdrawing the needle tip approximately 5 mm and rotating bevel approximately 180 degrees. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating scale na/10. post-procedural numeric rating scale na/10.

The patient described approximately 80% relief with previous diagnostic medial branch blocks.

Post-Procedural vital signs and oximetry were stable. The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes. and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Claudia Medina, Medical Assistant, was present during entire procedure to operate imaging equipment.

Electronically Signed By: Brian Fuller MD
Electronically signed: 12/4/2015 1:03:22 PM



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 62**
**Date: 11/20/2015**

## LUMBAR MEDIAL BRANCH RADIOFREQUENCY LESIONING

**PROCEDURE:**
1. Right Lumbar 2,3,4,5 medial branch radiofrequency lesioning
2. Fluoroscopic Guidance

**INDICATION:**
1. Low back pain
2. Lumbar spondylosis

**PROCEDURALIST:**

Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed as follows infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understands the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient has an IV placed in the upper extremity. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None

The patient was place in the prone position on the treatment table with a pillow under the abdomen to reduce the natural lumbar lordosis. The skin over and surrounding the treatment area was cleaned with Chloraprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopy was used to identify the boney landmarks of the spine and the planned needle approach. The skin, subcutaneous tissue, and muscle within the planned approach were anesthetized with bicarbonate and 1% lidocaine via a 30 gauge one inch needle. With fluoroscopy, 4 18-gauge 100mm insulated spinal needle(s) with a 10mm active tip were gently guided into the region of the Medial Branch nerves from the Dorsal Ramus of aforementioned medial branches. Specifically, each needle tip was inserted to the bone at the groove at the groove between the transverse process and superior articular process of lumbar vertebra, or for sacral vertebrae at the lateral-superior border of the posterior sacral foramen. Needle localization was confirmed with AP and lateral radiographs. The following technique was used to confirm placement at the Medial Branch nerves: motor stimulation was applied at 2 Hz with 1 millisecond duration; corresponding paraspinal muscle twitching at less than I volt and no extremity movement was noted

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

at less than 3 volts. Following this, the needle stylet was removed and a syringe containing 2% lidocaine was attached. At each level, after syringe aspiration with no blood return, 1 cc 2% lidocaine and 2mg dexamethasone. was injected into equally divided doses to anesthetize the Medial Branch nerve and surrounding tissue and to decrease incidence of post procedural neuritis. After completion of each nerve block two lesions were created at each level with a temperature of 80 degrees Celsius for 90 seconds. The second lesion was made after withdrawing the needle tip approximately 5 mm and rotating bevel approximately 180 degrees. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating scale NA/10, post-procedural numeric rating scale NA/10.

The patient described approximately 80% relief with previous diagnostic medial branch blocks.

Post-Procedural vital signs and oximetry were stable. The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes. and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Yolanda Luna, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

**Electronically Signed By: Brian Fuller MD**
Electronically signed: 11/20/2015 12:59:01 PM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700   Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 62**
**Date: 11/9/2015**

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

# SECOND LUMBAR MEDIAL BRANCH BLOCK

**PROCEDURE:**
1. Bilateral Lumbar 2,3,4,5 medial branch blocks

**INDICATION:**
1. Low back pain.
2. Lumbar spondylosis

**PROCEDURALIST:**
Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits, and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed include infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during the procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understood the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient had an IV in the upper extremity placed. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None .

The patient was placed in the prone position on the treatment table with a pillow under the lower abdomen and chest to release the natural lumbar lordosis. The skin over the surrounding treatment area was cleansed with chloroprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopic guidance was used to identify the bony landmarks of the vertebra and planned needle approach. The skin and subcutaneous tissue and muscle within the planned approach was anesthetized with 1% lidocaine and bicarbonate. 8, 25 guage 3 1/2 inch spinal needles were gently guided onto the normal course of the medial branch nerves of the aforementioned lumbar medial branches. Approximately 1cc nonionic contrast was injected at each level revealing an appropriate neurogram without vascular uptake. Aspiration with the syringe saw no blood return. A total of 0.5cc 2% lidocaine was injected at each level. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating pain scale na/10, post-procedural numeric rating pain scale na/10.

The patient was provided a pain diary. Post-procedure vital signs and oximetry were stable. The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes, and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Megan Gutierrez, Medical Assistant, was present during entire procedure to operate imaging equipment.

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
**www.mountain-spine.com**
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 62**
**Date: 11/3/2015**

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

# FIRST LUMBAR MEDIAL BRANCH BLOCK

**PROCEDURE:**
1. Bilateral Lumbar 2,3,4,5 medial branch blocks

**INDICATION:**
1. Low back pain.
2. Lumbar spondylosis

**PROCEDURALIST:**
Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits, and alternatives of the procedure were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications, and associated risks. Risks of the procedure discussed include infection, bleeding, allergic reaction, dural puncture headache, nerve injury, spinal cord injury, and vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during the procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understood the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient had an IV in the upper extremity placed. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None .

The patient was placed in the prone position on the treatment table with a pillow under the lower abdomen and chest to release the natural lumbar lordosis. The skin over the surrounding treatment area was cleansed with chloroprep. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopic guidance was used to identify the bony landmarks of the vertebra and planned needle approach. The skin and subcutaneous tissue and muscle within the planned approach was anesthetized with 1% lidocaine and bicarbonate. 8, 25 guage 3 1/2 inch spinal needles were gently guided onto the normal course of the medial branch nerves of the aforementioned lumbar medial branches. Approximately 1cc nonionic contrast was injected at each level revealing an appropriate neurogram without vascular uptake. Aspiration with the syringe saw no blood return. A total of 0.5cc 2% lidocaine was injected at each level. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**
Pre-procedural numeric rating pain scale na/10, post-procedural numeric rating pain scale na/10.

The patient was provided a pain diary. Post-procedure vital signs and oximetry were stable. The patient was discharged with instructions to ice the injection site as needed for 15-20 minutes as frequently as twice per hour for the next few days, avoid aggressive activities for 2-3 days, and resume usual medications. The patient was instructed to pay particularly close attention to the next 6 hours of pain relief and to fill out a pain diary. Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes, and changes in bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

<[Amanda Evans,Valentina Martinez,Claudia Medina,Yolanda Luna]>, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

**Electronically Signed By: Brian Fuller MD**
Electronically signed: 11/3/2015 2:58:36 PM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700   Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
DOB: 10/8/1953
Age: 62
Date: 10/14/2015

## FIRST THORACIC TRANSFORAMINAL EPIDURAL STEROID INJECTION

**PROCEDURE:**

1. Bilateral thoracic 6-7 transforaminal epidural steroid injection.
2. Fluoroscopic guidance.

**INDICATION:**
1. Radicular pain.
2. Thoracic pain.

**PROCEDURALIST:** Brian Fuller, M.D.

**INFORMED CONSENT:** The risks, benefits, and alternatives of the procedures were discussed with the patient. The patient was given the opportunity to ask questions regarding the procedure, its indications and associated risks. The risks of the procedure discussed include but are not limited to pain, infection, bleeding, allergic reaction, dural puncture headache, nerve injuries, spinal cord injury, pneumothorax, and cardiovascular and CNS side effects with possible vascular entry of medications. In addition, I have informed the patient of possible side effects or reactions to the medications potentially used during the procedure including sedatives, opioids, nonionic contrast agents, anesthetics, and corticosteroids. The patient was informed both verbally and in writing. The patient understood the informed consent and desired to have the procedure performed.

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

**PROCEDURE:**  A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vital signs were monitored continuously throughout the procedure. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed to operate the fluoroscopy machine. Moderate conscious sedation: None.

The patient was placed in the supine position on the treatment table with a pillow under the chest to increase the natural thoracic kyphosis. The skin over and surrounding the treatment area was cleansed with Betadine. The area was covered with sterile drapes, leaving a small window opening for needle placement. Fluoroscopy was used to identify the bony landmarks of the neural foramen and the planned minimally oblique approach. The skin and subcutaneous tissues over the needle approach was anesthetized with 1% lidocaine and sodium bicarbonate. With fluoroscopic guidance 2 25 gauge 3 1/2 inch spinal needle(s) were gently guided to touch the superior articular process of the aforementioned neural foramen, then gently advanced into the most posterior and superior portion of the outer neural foramen. AP and lateral fluoroscopic views were used to ensure proper needle placement. Aspiration with the syringe resulted in no blood or CSF return. Approximately 2cc of nonionic contrast agent was injected via extension tubing at each level under direct real-time fluoroscopic observation as well as digital subtraction angiography and correct needle placement was confirmed by production of an appropriate radiculogram without concurrent vascular or subarachnoid dye pattern. Finally, a total of 10mg Dexamethasone and 2cc saline was injected via extension tubing in at each corresponding level noted above. Sterile technique was used throughout the procedure.

**COMPLICATIONS:**  None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**

Pre-procedural numeric rating scale NA/10, post-procedural numeric rating scale NA/10.

Post-procedure vital signs and pulse oximetry were stable. The patient was discharged with instructions to ice the injection sites as needed for 15-20 minutes as frequently as twice per hour for the next 2 days, to avoid aggressive activities for two to three days, and to resume usual medications.  Also, the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased pain, weakness, sensory or motor changes, or changes in bowel or bladder function.  Follow-up appointment is scheduled in approximately two weeks.

Yolanda Luna, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

**Electronically Signed By: Brian Fuller MD**
**Electronically signed: 10/14/2015 2:24:05 PM**

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 61**
**Date: 9/22/2015**

## SUBSEQUENT LUMBAR TRANSFORAMINAL EPIDURAL STEROID INJECTION

**PROCEDURE:**
1. Bilateral sacral 1-2 transforaminal epidural steroid injection.
2. Fluoroscopic guidance.

**INDICATION:**
1. Radiculitis.
2. Low back pain

**PROCEDURALIST:** Brian J Fuller, MD

**INFORMED CONSENT:** Risks, benefits, and alternatives of the procedure were discussed with the patient. The patient was given an opportunity to ask questions regarding the procedure, its indications, and associated risks. The risks of the procedure discussed included infection, bleeding, allergic reaction, dural puncture headaches, nerve injury, spinal cord injury, cardiovascular and ischemic side effects with possible vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during the procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understood the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient had an IV placed in an upper extremity. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None

The patient was placed in the prone position on the treatment table with a pillow under the lower abdomen to reduce the natural lumbar lordosis. The skin over the surrounding treatment area was cleansed with chloraprep. The cleansed area was covered with sterile drapes leaving a small window opening for needle placement. Fluoroscopy was used to identify the bony landmarks of the neural foramen with a planned oblique approach. The skin, subcutaneous tissue, and muscle with a needle approached and anesthetized via a 30-gauge 1 inch needle with 1% lidocaine and bicarbonate no deeper than the posterior portion of the superior articular process. With fluoroscopic guidance 2 25 gauge 3 1/2 inch spinal needles were gently guided through the inferior posterior neural foramen lateral

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

to the mid-pedicular line of the aforementioned neuroforamen. Multiple fluoroscopic views were used to insure proper needle placement. Approximately 2.5cc of nonionic contrast agent was injected via extension tubing at each level under direct real-time fluoroscopic observation and digital subtraction angiography at each level. Correct needle placement was confirmed by the production of an epidurogram and radiculogram without concurrent vascular or subarachnoid contrast pattern. Aspiration of the syringe resulted in no blood return. Finally, a total of 60mg methylprednisolone and 2cc saline was injected via extension tubing in at each corresponding level noted above. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**

Pre-procedural numeric pain rating scale na/10, post-procedural numeric pain rating scale na/10.

Post-procedure vital signs and oximetry is stable. The patient was discharged with instructions to ice the injection area as needed for 15-20 minutes as frequently as twice per hour over the next few days and avoid aggressive activities for 2-3 days and resume usual medications. Also the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased weakness, sensory or motor changes, or changes in the bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Amanda Evans, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

Electronically Signed By: Brian Fuller MD
Electronically signed: 9/22/2015 2:11:07 PM



### Brian Fuller M.D.
### Mountain Spine and Pain Physicians
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

**Name: Kent Phan**
**DOB: 10/8/1953**
**Age: 61**
**Date: 9/14/2015**

## FIRST LUMBAR TRANSFORAMINAL EPIDURAL STEROID INJECTION

**PROCEDURE:**
1. Bilateral Sacral 1-2 transforaminal epidural steroid injection.
2. Fluoroscopic guidance.

**INDICATION:**
1. Radiculitis.
2. Low back pain

**PROCEDURALIST:** Brian J Fuller, MD

**INFORMED CONSENT:** Risks, benefits, and alternatives of the procedure were discussed with the patient. The patient was given an opportunity to ask questions regarding the procedure, its indications, and associated risks. The risks of the procedure discussed included infection, bleeding, allergic reaction, dural puncture headaches, nerve injury, spinal cord injury, cardiovascular and ischemic side effects with possible vascular injury. I have informed the patient of possible side effects and reaction to the medications potentially used during the procedure including sedatives, narcotics, nonionic contrast agents, anesthetics, corticosteroids. The patient was informed both verbally and in writing. The patient understood the informed consent and desires to have the procedure performed.

**PROCEDURE:** A safety time out was performed, correct side and correct procedure was confirmed. Oxygen saturation and vitals were monitored continuously throughout the procedure. The patient had an IV placed in an upper extremity. The patient remained awake throughout the procedure in order to interact and give feedback. The x-ray technician was supervised and instructed how to operate the fluoroscopy machine. Moderate conscious sedation: None

The patient was placed in the prone position on the treatment table with a pillow under the lower abdomen to reduce the natural lumbar lordosis. The skin over the surrounding treatment area was cleansed with chloraprep. The cleansed area was covered with sterile drapes leaving a small window opening for needle placement. Fluoroscopy was used to identify the bony landmarks of the neural foramen with a planned oblique approach. The skin, subcutaneous tissue, and muscle with a spinal needle approached and anesthetized via a 30-gauge 1 inch needle with 1% lidocaine and bicarbonate no deeper than the posterior portion of the superior articular process. With fluoroscopic guidance 2 25 gauge 3 1/2 inch spinal needles were gently guided through the inferior posterior neural foramen lateral

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

to the mid-pedicular line of the aforementioned neuroforamen. Multiple fluoroscopic views were used to insure proper needle placement. Approximately 2.5cc of nonionic contrast agent was injected via extension tubing at each level under direct real-time fluoroscopic observation and digital subtraction angiography at each level. Correct needle placement was confirmed by the production of an epidurogram and radiculogram without concurrent vascular or subarachnoid contrast pattern. Aspiration of the syringe resulted in no blood return. Finally, a total of 10mg dexamethasone and 2cc saline was injected via extension tubing in at each corresponding level noted above. Sterile technique was used throughout the procedure.

**COMPLICATIONS:** None. The patient tolerated the procedure well and was sent to the recovery room in good condition.

**DISCUSSION:**

Pre-procedural numeric pain rating scale NA/10, post-procedural numeric pain rating scale NA/10.

Post-procedure vital signs and oximetry is stable. The patient was discharged with instructions to ice the injection area as needed for 15-20 minutes as frequently as twice per hour over the next few days and avoid aggressive activities for 2-3 days and resume usual medications. Also the patient was instructed to seek immediate medical attention for shortness of breath, chest pain, fever, chills, increased weakness, sensory or motor changes, or changes in the bowel or bladder function. Follow-up appointment was scheduled in approximately 2 weeks.

Yolanda Luna, Medical Assistant, was present during entire procedure to operate imaging equipment.

*Fuller*

Electronically Signed By: Brian Fuller MD
Electronically signed: 9/14/2015 2:22:36 PM



**Mountain Spine**
**& Pain Physicians**

Brian Fuller M.D.
**Mountain Spine and Pain Physicians**
**2373 Central Park Blvd. Ste.303  Denver, CO 80238**
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

RE: Kent Phan
DOB: 10/8/1953
Date of Service: 9/14/2015

Thank you for allowing me to participate in the care of your patient.

**Chief Complaint:**
Midthoracic pain greater than Low back pain greater than neck pain

**History of Present Illness:**
Mr. Phan is a pleasant 61-year-old right handed gentleman with low back and neck pain since April 2012 motor vehicle accident. He continues describe low back pain with radiation to the bilateral anterior thighs which is with standing and with rest. He also continues to describes a neck pain with radiation to the posterior shoulders which is worse with rotation. Finally, He also takes to describes midthoracic pain

**Current Medications:**
Terazosin HCl Oral Capsule 10 MG (8/27/2015)
MetFORMIN HCl Oral Tablet 500 MG (8/27/2015)
Lipitor Oral Tablet 10 MG (8/27/2015)
Losartan Potassium Oral Tablet 25 MG (8/27/2015)
Vicodin Oral Tablet 5-300 MG (8/27/2015)
TraMADol HCl Oral Tablet 50 MG (8/27/2015)
Lidoderm External Patch 5 % (8/27/2015)

**Past Medical History:**
The patient has a past medical history of Hypertension, Diabetes Mellitus type 2, Rheumatoid Arthritis, Depression, High Cholesterol.

**Social History:**
Alcohol use: Non-Drinker
Occupation: disabled
Smoking Status: Never smoker; Last Reviewed: 08/27/2015
Tobacco User: No

**Review of Systems:**
The patient reports  no  new onset headache, no vision changes, no hearing changes or sore throat.

**Vital Signs:**
Weight 170 lbs; Height 5 ft 6 inBMI 27.4.
*09/14/2015 1:33 PM (US/Mountain)*
Pulse Rate 88 bpm; Blood Pressure 164 / 100 mm/Hg

| Phan, Kent | | Male, 10/8/1953 (63) | | ID 74990966 | | Chart Number 74990966 |
|---|---|---|---|---|---|---|

## Physical Examination:

MUSCULOSKELETAL: 5/5 strength of the bilateral lower extremities notes for all major muscle groups. mild Pain with palpation of bilateral sacral sulcus. mild pain with palpation of the bilateral cervical facet line. Pain with bilateral lumbar and cervical facet loading maneuver.    mild pain with thoracic extension

N and mildEUROLOGIC: 1/4 deep tendon reflexes of the bilateral patellae and achilles noted. Negative seated bilateral straight leg raises. No beat clonus noted bilateral lower extremities.

SKIN: no evidence of rash or wound

## Assessment:

Mr. Phan is a pleasant 61-year-old right handed gentleman with low back and neck pain since April 2012 motor vehicle accident. He continues describe low back pain with radiation to the bilateral anterior thighs which is with standing and with rest. He also continues to describes a neck pain with radiation to the posterior shoulders which is worse with rotation. Finally, He also takes to describes midthoracic pain

differential diagnosis of low back pain includes facet pain and discogenic pain. Differential diagnosis of anterior thigh pain includes referred pain and radicular pain. Differential diagnosis of neck pain includes myofascial pain, facet pain and discogenic pain. Differential diagnosis of shoulder pain includes referred pain and radicular pain. Differential diagnosis of midthoracic pain includes myofascial pain discogenic pain

## Plan:

1. Treatment plan-patient's cervical MRI will degenerative disc disease and spondylosis.
2. Areatment options-include bilateral L2, 3, 4, 5 medial branch neurotomy, C7-1 interlaminar epidural steroid injection, bilateral T6-7 transforaminal epidural steroid injection.
3. Diagnostic tests-include bilateral L2, 3, 4-5 medial branch blocks.    Possibly lumbar provocative discography suspect disc at 5-1
4. Medications-patient's trialed NSAIDs without benefit
5. Therapies-patient is engaged in physical therapy worsened his symptoms
6. Imaging- cervical MRI reveals multilevel spondylosis and degenerative disc disease.. MRI lumbar spine reveals at L3-4 disc bulge facet arthropathy central stenosis, 4-5 disc bulge, 5-1 left-sided disc bulge facet arthropathy annular tear. MRI thoracic spine reveals disc bulge at T6-7
7. Other considerations- patient's speaks English as second language
8. Follow up -after injection

Please feel free to contact me with any further questions regarding this patient's care.

This dictation was performed with a voice recognition system and the text may contain minor errors.

*Fuller*

Brian J Fuller MD

Electronically signed:
9/14/2015 2:29:35 PM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |



**Brian Fuller M.D.**
**Mountain Spine and Pain Physicians**
2373 Central Park Blvd. Ste.303  Denver, CO 80238
Ph: 303.355.3700  Fax: 303.353.1475
www.mountain-spine.com
Board Certified in Physical Medicine and Rehabilitation, Electrodiagnostic Medicine and Pain Management

RE: Kent Phan
DOB: 10/8/1953
Date of Service: 8/27/2015

Thank you for allowing me to participate in the care of your patient.

**Chief Complaint:**
Low back pain greater than neck pain greater than extremity pain greater than midthoracic pain

**History of Present Illness:**
Mr. Phan is a pleasant 61-year-old right handed gentleman with low back and neck  pain since April 2012 motor vehicle accident.  He describes an increasing at the belt line low back pain on the right greater than left with radiation to the bilateral anterior thighs.  It is a constant 10\10 pain with standing and with rest.  He also describes a neck pain with radiation to the posterior shoulders which is worse with rotation.  He also describes midthoracic pain

**Allergies:**
No Known Allergies Confirmed - 08/27/15 10:13:55 AM US/Mountain
**Current Medications:**
   Medications List Reviewed (08/27/15 10:13:48 AM US/Mountain)
   Terazosin HCl Oral Capsule 10 MG (8/27/2015)
   MetFORMIN HCl Oral Tablet 500 MG (8/27/2015)
   Lipitor Oral Tablet 10 MG (8/27/2015)
   Losartan Potassium Oral Tablet 25 MG (8/27/2015)
   Vicodin Oral Tablet 5-300 MG (8/27/2015)
   TraMADol HCl Oral Tablet 50 MG (8/27/2015)
   Lidoderm External Patch 5 % (8/27/2015)
**Past Medical History:**
The patient has a past medical history of  Hypertension, Diabetes Mellitus type 2, Rheumatoid Arthritis, Depression, High Cholesterol.
**Social History:**
Alcohol use: Non-Drinker
Occupation: disabled
Smoking Status: Never smoker; Last Reviewed: 08/27/2015
Tobacco User: No

**Review of Systems:**
The patient reports no new headache, no nausea,  no vision changes, no hearing changes, no  sore throat, no chest discomfort, no abdominal pain, no bowel or bladder incontinence,  no lower extremity weakness, no rash, no wound, no fever or no chills.

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

**Vital Signs:**
Weight 170 lbs; Height 5 ft 6 inBMI 27.4.
*08/27/2015 10:16 AM (US/Mountain)*
Pulse Rate 88 bpm; Blood Pressure 164 / 100 mm/Hg

**Physical Examination:**
GENERAL: Age-appropriate male in no apparent distress.
HEENT: Pupils are equal. Extraocular movements are intact.
NECK: Supple. No evidence of thyromegaly.
CARDIOVASCULAR: Regular rate. No palpitations notes. Pedal pulses noted.
RESPIRATORY: No evidence of stridor of wheeze.
ABDOMEN: Soft, nontender and nondistended.
MUSCULOSKELETAL: 5/5 strength of the bilateral lower extremities notes for all major muscle groups. Negative bilateral Fortin's finger test, negative bilateral Faber. No pain with palpation of bilateral origin of piriformis. mild pain with palpation of the bilateral cervical facet line. Pain with bilateral lumbar and cervical facet loading maneuver.     mild pain with thoracic extension
N and mildEUROLOGIC: 1/4 deep tendon reflexes of the bilateral patellae and achilles noted. Negative seated bilateral straight leg raises. No beat clonus noted bilateral lower extremities.
SKIN: no evidence of rash or wound

**Assessment:**
Mr. Phan is a pleasant 61-year-old right handed gentleman with low back and neck pain since April 2012 motor vehicle accident. He describes an increasing at the belt line low back pain on the right greater than left with radiation to the bilateral anterior thighs. It is a constant 10\10 pain with standing and with rest. He also describes a neck pain with radiation to the posterior shoulders which is worse with rotation


differential diagnosis of low back pain includes facet pain and discogenic pain. Differential diagnosis of anterior thigh pain includes referred pain and radicular pain. Differential diagnosis of neck pain includes myofascial pain, facet pain and discogenic pain. Differential diagnosis of shoulder pain includes referred pain and radicular pain. Differential diagnosis of midthoracic pain includes myofascial pain discogenic pain


**Plan:**
1. Treatment plan-patient's MRI lumbar spine reveals multilevel facet arthropathy as well as annular tear at 5-1. Patient be scheduled for bilateral S1 to transforaminal epidural steroid injection. Patient referred for cervical MRI.
2. Areatment options-include bilateral L2, 3, 4, 5 medial branch neurotomy, cervical dural steroid injection, cervical medial branch neurotomy, bilateral T6-7 transforaminal epidural steroid injection.
3. Diagnostic tests-include bilateral L2, 3, 4-5 medial branch blocks. Possibly cervical medial branch blocks. Possibly lumbar provocative discography suspect disc at 5-1
4 Medications-patient's trialed NSAIDs without benefit
5. Therapies-patient is engaged in physical therapy worsened his symptoms
6. Imaging- cervical MRI. MRI lumbar spine reveals at L3-4 disc bulge facet arthropathy central stenosis, 4-5 disc bulge, 5-1 left-sided disc bulge facet arthropathy annular tear. MRI thoracic spine reveals disc bulge at T6-7
7. Other considerations- patient's speaks English as second language
8. Follow up after injection


Please feel free to contact me with any further questions regarding this patient's care.

This dictation was performed with a voice recognition system and the text may contain minor errors.

*Fuller*

Brian J Fuller MD

Electronically signed:
8/27/2015 11:04:25 AM

| Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966 |

## Results

| Date | Provider | Observation | |
|------|----------|-------------|---|
| No information available as of 10/27/2016 | | | |

Phan, Kent | Male, 10/8/1953 (63) | ID 74990966 | Chart Number 74990966

## Documents

| Date | Type | Name |
|------|------|------|
| 6/15/2016 | Consent | Phan 6.15.16.pdf |
| 12/4/2015 | Consent | Phan.Consent.12.04.15.pdf |
| 11/20/2015 | Consent | Phan.Consent.11.20.15.pdf |
| 11/20/2015 | Consent | Phan.Consent.11.20.15.pdf |
| 11/20/2015 | Consent | Phan.Consent.11.20.15.pdf |
| 11/9/2015 | Other | PhanPD11.9.15.PDF |
| 11/9/2015 | Other | PhanPD11.9.15.PDF |
| 11/3/2015 | Consent | Phan.Consent.11.03.15 (2).pdf |
| 11/3/2015 | Consent | Phan.Consent.11.03.15.pdf |
| 10/14/2015 | Consent | Phan.Consent.10.14.15.pdf |
| 9/22/2015 | Consent | Phan.Consent.9.22.15.pdf |
| 9/14/2015 | Consent | Phan. Consent.9.14.15.pdf |
| 8/28/2015 | Radiology Result | Phan.MRI.Cervical.08.28.15.pdf |
| 8/18/2015 | History | Phan.Referring Phys Note.08.18.15.pdf |
| 8/18/2015 | History | Phan.Referring Phys Note.08.18.15.pdf |
| 6/12/2015 | Radiology Result | Phan.MRI.Thoracic.06.12.15.pdf |
| 1/23/2014 | Radiology Result | Phan.MRI.Lumbar.01.23.14.pdf |

Exhibit: 2

# 833647 Michael Nguyen

**PATIENT NAME:** Phan, Kent
**BIRTH DATE:** 10/8/1953
**MPI#:** HI1773535
**DATE OF EXAM:** 2/12/2016

# HEALTH IMAGES
## S O U T H P O T O M A C

**REFERRED BY:** Meghann DeVito-Hirsch, PA
700 Potomac St - Ste A
Aurora, CO 80011

**EXAM:** MRI OF THE THORACIC SPINE WITHOUT CONTRAST

**INDICATION:** Back pain.

**PROCEDURE:** Routine protocol was followed with T1, T2 and STIR sagittal sections followed by T2-weighted axial sections through the thoracic spine.

**FINDINGS:** There is normal vertebral body alignment. No bony or bone marrow lesions. The spinal canal is normal size. The thoracic cord appears normal. The paraspinal soft tissues are normal. Disc heights are preserved with mildly dark T2 signal through out the thoracic spine. Small central disc protrusion is noted at T6-7 without cord or root sleeve deformity. No joint or foraminal changes.

**IMPRESSION:** Mild degenerative disc changes.

https://physician.healthimages.com/ViewImages.aspx?type=IA&accession=ASI3641698&patientid=HI1773535

Eduardo Seda, MD
This document was electronically signed by Eduardo Seda, MD on 2/12/2016

Exhibit: 2

**PATIENT NAME:** Phan, Kent
**BIRTH DATE:** 10/8/1953
**MPI#:** HI1773535
**DATE OF EXAM:** 2/12/2016



**HEALTH IMAGES**
S O U T H P O T O M A C

**REFERRED BY:** Meghann DeVito-Hirsch, PA
700 Potomac St - Ste A
Aurora, CO 80011

*# 833607 Michael Nguyen*

**EXAM:** MRI LUMBAR SPINE WITHOUT CONTRAST

**INDICATION:** Low back pain over 6 months.

**PROCEDURE:** Routine protocol was followed with T1 and T2-weighted sagittal and axial sections through the lumbar spine.

**FINDINGS:** There is normal vertebral body alignment. No bony or bone marrow lesions. The spinal canal is normal size. Lower thoracic cord and cauda equina appear normal. The paraspinal and retroperitoneal soft tissues are normal. The superior aspects of the SI joints are normal.

L1-2 shows normal disc signal and no disc narrowing. No disc bulges or protrusions. No joint or foraminal changes.

L2-3 shows normal disc signal and no disc narrowing. No disc bulges or protrusions. No joint or foraminal changes.

L3-4 shows mildly dark T2 disc signal and no disc narrowing. There is a small central disc bulge mildly indenting the dural sac without root sleeve deformity. No joint or foraminal changes.

L4-5 shows mildly dark T2 disc signal and no disc narrowing. No disc bulges or protrusions. No joint or foraminal changes.

L5-S1 shows mildly dark T2 disc signal and mild disc narrowing. There is a small central disc bulge extending into the epidural fat without dural sac deformity. It contacts the left S1 root sleeve without deformity. There is left paracentral annular T2 hyperintensity consistent with annular fissure. Mild joint hypertrophy and disc bulge mildly narrow the left foramen without root sleeve deformity.

**IMPRESSION:** Mild degenerative disc and joint changes.

https://physician.healthimages.com/ViewImages.aspx?type=IA&accession=ASI3641699&patientid=HI177353

**PATIENT NAME:** Phan, Kent
**BIRTH DATE:** 10/8/1953
**MPI#:** HI1773535
**DATE OF EXAM:** 2/12/2016



<u>5</u>

Eduardo Seda, MD

This document was electronically signed by Eduardo Seda, MD on 2/12/2016

From Health Images 1.303.365.9198 Mon Aug 31 09:27:07 2015 MDT Pag

Case: 15CV493
Exhibit: *E*

| | |
|---|---|
| **PATIENT NAME:** | Phan, Kent |
| **BIRTH DATE:** | 10/8/1953 |
| **MPI#:** | HI1773535 |
| **DATE OF EXAM:** | 8/28/2015 |

# HEALTH IMAGES
C I T Y P L A C E

**REFERRED BY:**    Brian Fuller, MD
2373 Central Park Blvd - Ste 303
Denver, CO 80238

**EXAM:** MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**INDICATION:** Neck pain

**PROCEDURE:** Routine protocol was followed with STIR, T1 and T2-weighted sagittal and axial sections through the cervical spine.

**FINDINGS:** There is normal vertebral body alignment. No bony or bone marrow abnormalities. The spinal canal is normal size. Cervical cord and portions visualized of the posterior fossa appear normal. The paraspinal and neck soft tissues are normal.

C2-3 shows mildly dark disc signal with no disc space narrowing. No disc bulge or protrusion. No joint or foraminal changes.

C3-4 shows mildly dark disc signal with no disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. No joint or foraminal changes.

C4-5 shows mildly dark disc signal with mild disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. The left foramen is moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C5-6 shows mildly dark disc signal with mild disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. The left foramen is moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C6-7 shows mildly dark disc signal with mild disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. Both foramina are moderately narrowed which appears predominantly bony and due to uncinate hypertrophy.

C7-T1 shows mildly dark disc signal with no disc space narrowing. No disc bulge or protrusion. No joint or foraminal changes.

**PATIENT NAME:** Phan, Kent
**BIRTH DATE:** 10/8/1953
**MPI#:** HI1773535
**DATE OF EXAM:** 8/28/2015



**HEALTH IMAGES**
C I T Y  P L A C E

**IMPRESSION:** Degenerative disc and joint changes with mild dural sac indentation without cord deformity and moderate bony foraminal narrowing on the left at C3-4-5 and C5-6 and bilateral at C6-7.

Eduardo Seda, MD
This document was electronically signed by Eduardo Seda, MD on 8/31/2015

14301 E Cedar Ave, Suite E Aurora, CO 80012 - Phone: (303)365-1200 - Fax: (303)365-9198

Phan, Kent Vu (MR # 900755297) DOB: 10/08/1953

*Dr Davis*

**Future Appointments**
View Future Appointments

## Results                    MRI LUMBAR SPINE, NO CONTRAST (Accession 9977473) (Order 152124393)

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (6/12/2015 11:32 AM) | Ordered |

**PAC's IMAGING LINK**
Show images for MRI LUMBAR SPINE, NO CONTRAST

### 6/12/2015 11:35 AM - Rad In User

**Result Narrative**

```
EXAM:  MRI / L-Spine WO/Contrast

EXAM DATE AND TIME:  06/09/2015 21:02:00

HISTORY:Reason for procedure:  Lumbar radiculopathy, worsening
symptoms  Transderm Patch: Kent Vu Phan does  wear an OTC  Transderm
Patch.

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images
were obtained through the lumbar spine.

COMPARISON:  MR of the lumbar spine dated 1/23/2014.

FINDINGS:

Please note that the numbering scheme utilized for the lumbar spine
MR is different from that utilized on the thoracic spine MR. On the
lumbar MR scan, having began to S1 level and extended superiorly.
With this numbering system, the conus medullaris terminates at the
L1 level. (On the cervical MR scan, getting started at the C1 level
and extended inferiorly; the conus medullaris terminates at the T12
level by that numbering system).

The alignment of the lumbar vertebra is normal. Marrow signal
intensity is unremarkable. Minimal anterior compression fracture of
L1 is unchanged in appearance from the 2014 scan.

The conus medullaris terminates at the L1 level. Conus and filum
terminale appear unremarkable.

T12-L1: Unremarkable.

L1-2: Unremarkable

L2-3: Unremarkable

L3-4: Moderate diffuse disk bulge at L3-4, more prominent along the
right posterolateral disk circumference. Facet and ligamentous
hypertrophic degenerative changes are seen. Mild central spinal
canal stenosis without definite foraminal narrowing. Similar
appearance is seen on the 2014 scan.

L4-5: Minor concentric disk bulge. No spinal canal stenosis. No
significant foraminal narrowing.
```

Phan, Kent Vu (MR # 900755297) DOB: 10/08/1953                    Dr Davis  2

L5-S1: Mild broad-based left lateral disk bulge and mild facet
degenerative changes. No spinal canal stenosis. There is mild left
foraminal narrowing. Linear focus of high signal intensity in the
posterior margin of the L5-S1 disk is consistent with an annular
fissure.

Visualized portions of the sacroiliac joints are unremarkable.

There is no evidence of a paraspinous mass.

CONCLUSION:

Stable chronic minor compression fracture of L1.

Diffuse disk bulge at L3-4 with facet and ligamentous hypertrophic
degenerative changes results in mild central spinal canal stenosis.

Broad-based left lateral disk bulge at L5-S1. Mild narrowing of the
left L5-S1 neural foramen.

## Lab and Collection
MRI LUMBAR SPINE, NO CONTRAST on 4/29/2015

## Result History
MRI LUMBAR SPINE, NO CONTRAST on 6/12/2015

## Results Interpreter

| Reviewed By | Date/Time |
| --- | --- |
| BAIR, JOHN H (MD) | 06/12/2015 11:32 AM |

## Imaging
Resulting Agency
CO RADIOLOGY INTERFACE

## Result Notes
Notes Recorded by Sarah E (Do) Davis on 6/15/2015 at 4:20 PM
See email message
6/15/2015

## Encounter
View Encounter

## Reviewed by List
Sarah E (Do) Davis on 6/15/2015 4:20 PM
Sarah E (Do) Davis on 6/15/2015 4:17 PM
Sarah E (Do) Davis on 6/15/2015 4:12 PM

## Electronically Signed: Charting

| Date and Time | Name |
| --- | --- |
| Wed Apr 29, 2015 5:35 PM | SARAH DAVIS, DO |

## Order                          MRI LUMBAR SPINE, NO CONTRAST [72148C] (Order 152124393)

## Future Appointments
View Future Appointments

## Order Information

| Date and Time | Department | Ordering/Authorizing |
| --- | --- | --- |
| 4/29/2015 5:23 PM | PRIMARY CARE | Sarah E (Do) Davis |

Phan, Kent Vu (MR # 900755297) DOB: 10/08/1953

*Dr Davis 3*

**Future Appointments**

View Future Appointments

**Results**                    **MRI THORACIC SPINE, NO CONTRAST (Accession 9977474) (Order 152124394)**

**Result Information**

| Status | Provider Status |
| --- | --- |
| Final result (6/12/2015 11:19 AM) | Reviewed |

**PAC's IMAGING LINK**

Show Images for MRI THORACIC SPINE, NO CONTRAST

**6/12/2015 11:22 AM - Rad In User**

**Result Narrative**

EXAM:  MRI / T-Spine WO/Contrast

EXAM DATE AND TIME:  06/09/2015 20:44:00

HISTORY:Reason for procedure:  Chronic back pain  Transderm Patch: Kent Vu Phan does  wear a Transderm Patch - OTC icy hot type patch

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images were obtained through the thoracic spine.

COMPARISON:  None available.

FINDINGS:

The height, alignment, and marrow signal intensity of the thoracic vertebral bodies are normal. The spinal cord appears normal in size and signal intensity. Conus medullaris terminates at the T12 level and appears unremarkable.

There is a minimal concentric disk and/or bony bulge at the T6-7 level. . No cord compression or spinal canal stenosis is seen.

Neural foramina are patent.

CONCLUSION:

Minimal disk and/or bony bulge at T6-7 without evidence of spinal canal or foraminal narrowing. Otherwise unremarkable.

**Lab and Collection**

MRI THORACIC SPINE, NO CONTRAST on 4/29/2015

**Result History**

MRI THORACIC SPINE, NO CONTRAST on 6/12/2015

**Results Interpreter**

| Reviewed By | Date/Time |
| --- | --- |
| BAIR, JOHN H (MD) | 06/12/2015 11:19 AM |

**Imaging**

Resulting Agency
CO RADIOLOGY INTERFACE

**Result Notes**

Phan, Kent Vu (MR # 900755297) DOB: 10/08/1953

Dr Davis 4

**Notes Recorded by Sarah E (Do) Davis on 6/15/2015 at 4:22 PM**
See email message
6/15/2015

## Encounter
View Encounter

## Reviewed by List
Sarah E (Do) Davis on 6/15/2015  4:22 PM
Sarah E (Do) Davis on 6/15/2015  4:21 PM
Sarah E (Do) Davis on 6/15/2015  4:21 PM
Sarah E (Do) Davis on 6/15/2015  4:20 PM

## Electronically Signed: Charting

| Date and Time | Name |
|---|---|
| Wed Apr 29, 2015  5:35 PM | SARAH DAVIS, DO |

## Order                                   MRI THORACIC SPINE, NO CONTRAST [72146B] (Order 152124394)

### Future Appointments
View Future Appointments

## Order Information

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|
| 4/29/2015 5:23 PM | PRIMARY CARE | Sarah E (Do) Davis |

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
|---|---|---|
| Sarah E (Do) Davis | Sarah E (Do) Davis | John H (Md) Bair |

## Associated Diagnoses
**LUMBAR RADICULOPATHY** - Primary

## Scheduling Instructions
KPCO AMBULATORY ONLY:
Please call main radiology at 303-338-3456 to schedule your CT Scan, MRI, Ultrasound or Nuclear Medicine Studies.

## Comments
Reason for procedure:  Chronic back pain

Transderm Patch:
Kent Vu Phan does  wear a Transderm Patch - OTC icy hot type patch

## Detailed Information

| Priority and Order Details | Collection Information |
|---|---|

### Encounter
View Encounter

## Electronically Signed: Charting

| Date and Time | Name |
|---|---|
| Wed Apr 29, 2015  5:35 PM | SARAH DAVIS, DO |

## BILLING QUERY
Create In Basket Message

## MEDICARE QUERY
Create In Basket Message

Kaiser Permanente: Phan, Kent Vu (MR # 900755297) Printed at 6/16/15 9:58 AM                    Page 2 of 2



Franklin   1/6

**KAISER PERMANENTE®**
**DEPARTMENT OF
DIAGNOSTIC IMAGING**

**025 - Franklin**
2045 Franklin Street
Denver, CO 80205
(303)338-3456

Patient: **PHAN, KENT VU**

MR#: **900755297**

Gender: **M**   Age at exam: **61 years**

DOB: **10/08/1953**

14896 E 2ND AVE APT H-106
AURORA. CO 80011-8915
(303) 875-5224
  (303) 875-5224  Ext.

**OUTPATIENT
DIAGNOSTIC IMAGING**

Procedure:   **8MRSPT1 - MRI / T-Spine WO/Contrast - Acc:9977474**

Date  **6/9/2015**

## Clinical Information

Signs & Symptoms:    Reason for procedure:  Chronic back pain

Transderm Patch:
Kent Vu Phan does  wear a Transderm Patch –
OTC icy hot type patch

History:

## Patient Location

0322608

---

EXAM: MRI / T-Spine WO/Contrast

EXAM DATE AND TIME: 06/09/2015 20:44:00

HISTORY:Reason for procedure: Chronic back pain Transderm Patch: Kent Vu Phan does wear a Transderm Patch - OTC icy hot type patch

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images were obtained through the thoracic spine.

COMPARISON: None available.

FINDINGS:

The height, alignment, and marrow signal intensity of the thoracic vertebral bodies are normal. The spinal cord appears normal in size and signal intensity. Conus medullaris terminates at the T12 level and appears unremarkable.

There is a minimal concentric disk and/or bony bulge at the T6-7 level. . No cord compression or spinal canal stenosis is seen.

Neural foramina are patent.

CONCLUSION:

Minimal disk and/or bony bulge at T6-7 without evidence of spinal canal or foraminal narrowing. Otherwise

---



Franklin 4/6

# KAISER PERMANENTE®

**DEPARTMENT OF
DIAGNOSTIC IMAGING**

**Aurora Centrepoint**
14701 East Exposition Avenue
Denver, CO 80012
(303)338-3456

Patient: **PHAN, KENT VU**

MR#: **900755297**

Gender: **M**     Age at exam: **60 years**

DOB: **10/08/1953**

14896 E 2ND AVE APT H-106
**AURORA, CO 80011-8915**
**(303) 875-5224**
  **(303) 875-5224  Ext.**

## OUTPATIENT
## DIAGNOSTIC IMAGING

Procedure:    **2SPT - T-Spine (Routine / Injury) AP & LAT  (2 views) - Acc:9527804**    Date **9/23/2014**

## Clinical information

**Patient Location**

Signs & Symptoms:    Chronic back pain
History:

0322608

---

EXAM: T-Spine (Routine / Injury) AP & LAT (2 views)
EXAM DATE AND TIME: 09/23/2014 09:35:00

HISTORY:Chronic back pain

COMPARISON: None available.

FINDINGS:

The bones are osteopenic.

Vertebral bodies are well aligned without evidence of fracture, subluxation or dislocation.

Although and osteophytes are otherwise noted.

Vertebral body heights and disk spaces appear maintained.

The pedicles appear to be within normal limits.

Impression:

Osteopenia and mild degenerative changes with no acute fracture, subluxation or dislocation otherwise seen.
**End of diagnostic report for accession:** 9527804

INITIAL INTERPRETING and SIGNING DETAILS FOLLOW:
Entered/Interpreted By:    SCHOELCH, BARRY  M.D.         09/23/2014   09:45 AM
Transcribed By:    idx, idx                              09/23/2014   09:45 AM
Signed By:    SCHOELCH, BARRY  M.D.                      09/23/2014   09:45 AM

---

Requesting Provider:    DAVIS, SARAH E, MD

Patient:  PHAN, KENT VU

MR#:  900755297

KP_DiagnosticReportDemand.rpt   v3.6

Exam Date:  09/23/2014  09:35 AM          **Page 1 of 1**

*Franklin* 3/6



**KAISER PERMANENTE®**

**DEPARTMENT OF
DIAGNOSTIC IMAGING**

**Aurora Centrepoint**
14701 East Exposition Avenue
Denver, CO 80012
(303)338-3456

Patient: **PHAN, KENT VU**

MR#: **900755297**

Gender: **M**    Age at exam: **61 years**

DOB: **10/08/1953**

14896 E 2ND AVE APT H-106
AURORA. CO 80011-8915
(303) 875-5224
(303) 875-5224 Ext.

**OUTPATIENT
DIAGNOSTIC IMAGING**

Procedure: **2SPL - L-Spine (Routine / Injury) AP & LAT (2 views) - Acc:9627676**    Date **10/29/2014**

## Clinical Information

Signs & Symptoms:    Chronic low back pain. Worsening lumbar pain
and right SI joint area pain since saw
chiropractor on Saturday, 10/25/14. Also with
osteoporosis.

History:

## Patient Location

0322608

EXAM: L-Spine (Routine / Injury) AP & LAT (2 views)
EXAM DATE AND TIME: 10/29/2014 17:03:00

HISTORY:Chronic low back pain. Worsening lumbar pain and right SI joint area pain since saw chiropractor on Saturday, 10/25/14. Also with osteoporosis.

COMPARISON: 6/7/2013

FINDINGS:
There is a mild anterior wedge compression deformity of the L1 vertebral body, not significantly changed. There are multilevel mild degenerative changes with mild disk space narrowing at L1-L2 and L5-S1. No evidence of acute fracture. No malalignment.

**End of diagnostic report for accession: 9627676**

INITIAL INTERPRETING and SIGNING DETAILS FOLLOW:
Entered/Interpreted By:    MERRY, GINGER  M.D.    10/29/2014    05:16 PM
Transcribed By:    MERRY, GINGER    10/29/2014    05:16 PM
Signed By:    MERRY, GINGER  M.D.    10/29/2014    05:16 PM

Requesting Provider:    ROSCOE, LEAH, NP

Patient:  PHAN, KENT VU

MR#:  900755297

KP_DiagnosticReportDemand.rpt  v3.6    Exam Date:  10/29/2014  05:03 PM    Page 1 of 1

unremarkable.

**End of diagnostic report for accession:** 9977474

INITIAL INTERPRETING and SIGNING DETAILS FOLLOW:
Entered/Interpreted By:    BAIR, JOHN  M.D.        06/12/2015  11:21 AM
Transcribed By:    BAIR, JOHN        06/12/2015  11:21 AM
Signed By:    BAIR, JOHN  M.D.        06/12/2015  11:21 AM

---

Requesting Provider:    DAVIS, SARAH E, MD        Patient: PHAN, KENT VU

MR#: 900755297

KP_DiagnosticReportDemand.rpt  v3.6        Exam Date: 06/09/2015 08:44 PM        **Page 2 of 2**

Franklin 5/6



**KAISER PERMANENTE.**

**DEPARTMENT OF
DIAGNOSTIC IMAGING**

**025 - Franklin**
2045 Franklin Street
Denver, CO 80205
(303)338-3456

Patient: **PHAN, KENT VU**

MR#: **900755297**

Gender: **M**    Age at exam: **61 years**

DOB: **10/08/1953**

**OUTPATIENT
DIAGNOSTIC IMAGING**

**14896 E 2ND AVE APT H-106
AURORA, CO 80011-8915
(303) 875-5224
(303) 875-5224 Ext.**

Procedure:    **8MRSPL1 - MRI / L-Spine WO/Contrast - Acc:9977473**

Date **6/9/2015**

### Clinical Information

### Patient Location

0322608

Signs & Symptoms:    Reason for procedure:  Lumbar radiculopathy, worsening symptoms

Transderm Patch:
Kent Vu Phan does  wear an OTC  Transderm Patch.

History:

---

EXAM: MRI / L-Spine WO/Contrast

EXAM DATE AND TIME: 06/09/2015 21:02:00

HISTORY:Reason for procedure: Lumbar radiculopathy, worsening symptoms Transderm Patch: Kent Vu Phan does wear an OTC Transderm Patch.

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images were obtained through the lumbar spine.

COMPARISON: MR of the lumbar spine dated 1/23/2014.

FINDINGS:

Please note that the numbering scheme utilized for the lumbar spine MR is different from that utilized on the thoracic spine MR. On the lumbar MR scan, having began to S1 level and extended superiorly. With this numbering system, the conus medullaris terminates at the L1 level. (On the cervical MR scan, getting started at the C1 level and extended inferiorly; the conus medullaris terminates at the T12 level by that numbering system).

The alignment of the lumbar vertebra is normal. Marrow signal intensity is unremarkable. Minimal anterior compression fracture of L1 is unchanged in appearance from the 2014 scan.

The conus medullaris terminates at the L1 level. Conus and filum terminale appear unremarkable.

T12-L1: Unremarkable.

---

Requesting Provider:    DAVIS, SARAH E, MD

Patient:  PHAN, KENT VU
MR#:  900755297
Exam Date:  06/09/2015  09:02 PM        Page 1 of 2

L1-2: Unremarkable

*Frullia 6/6*

L2-3: Unremarkable

L3-4: Moderate diffuse disk bulge at L3-4, more prominent along the right posterolateral disk circumference. Facet and ligamentous hypertrophic degenerative changes are seen. Mild central spinal canal stenosis without definite foraminal narrowing. Similar appearance is seen on the 2014 scan.

L4-5: Minor concentric disk bulge. No spinal canal stenosis. No significant foraminal narrowing.

L5-S1: Mild broad-based left lateral disk bulge and mild facet degenerative changes. No spinal canal stenosis. There is mild left foraminal narrowing. Linear focus of high signal intensity in the posterior margin of the L5-S1 disk is consistent with an annular fissure.

Visualized portions of the sacroiliac joints are unremarkable.

There is no evidence of a paraspinous mass.

CONCLUSION:

Stable chronic minor compression fracture of L1.

Diffuse disk bulge at L3-4 with facet and ligamentous hypertrophic degenerative changes results in mild central spinal canal stenosis.

Broad-based left lateral disk bulge at L5-S1. Mild narrowing of the left L5-S1 neural foramen.

**End of diagnostic report for accession: 9977473**

```
INITIAL INTERPRETING and SIGNING DETAILS FOLLOW:
Entered/Interpreted By:    BAIR, JOHN  M.D.      06/12/2015  11:35 AM
Transcribed By:     BAIR, JOHN                   06/12/2015  11:35 AM
Signed By:          BAIR, JOHN  M.D.             06/12/2015  11:35 AM
```

---

Requesting Provider:   DAVIS, SARAH E, MD

Patient:  PHAN, KENT VU

MR#:  900755297

KP_DiagnosticReportDemand.rpt   v3.6

Exam Date:  06/09/2015  09:02 PM          Page 2 of 2

 **KAISER PERMANENTE.**

2/3/2014

Kent Vu Phan
17216 East Ford Dr
Aurora CO 80017

Dear Mr. Phan,
Staff.
Please give patient my message below.
You can also print reports and send to patient.

In the **lumbar spine**, there is evidence of an old compression fracture of L1.
There is a protruding disk at L3-L4, this mildly dents part of the spinal cord, but is not pushing on a nerve root
At L5-S1 there is a disc protrusion that is pushing on the S1 nerve root on the left side.

In the **cervical spine:**
There were disc bulges seen at C3-C4, C4-C5, C5-C6  These discs do not push on the spinal cord or the nerve roots
There is some narrowing in the space where the nerve roots exit, due to degenerative changes.
This is on the left side.

I would recommend physical therapy for both his neck and his back.
I would also recommend a consultation in neurosurgery to discuss treatment options (which may be something other than surgery) for the findings on the left side.

Please give him scheduling info for both Neurosurgery and PT

Dr. Sarah Davis
Board Certified Family Medicine Physician
Kaiser Permanente  Aurora Centerpoint

The Lumbar spine MRI:

IMPRESSION:
1. Old, mild L1 compression deformity.

*Kaiser Foundation Health Plan of Colorado – Colorado Permanente Medical Group, P.C.*

2. Small right posterolateral disk protrusion at L3-4.
3. Left posterolateral disk protrusion at L5-S1. There is also mild left foraminal narrowing at that level.

Cervical Spine MRI:

1. Mild disk and/or bony bulging at multiple levels as described, without evidence of spinal canal stenosis or spinal cord compression.
2. Foraminal narrowing on the left at C4-5, C5-6, and C6-7 due to facet and Luschka joint degenerative change.

Dr. Sarah Davis
Board Certified Family Medicine Physician
Kaiser Permanente  Aurora Centerpoint

Phan, Kent Vu (MR # 900755297)

**Future Appointments**

· View Future Appointments

**Results**                    **MRI LUMBAR SPINE, NO CONTRAST (Accession 9064630) (Order 131478763)**

**Result Information**

Status
Final result (1/30/2014  4:02 PM)          Provider Status
                                          Reviewed

**Results Interpreter**

Results Interpreter
SIEBERT, JOHN A (MD)

**PAC's IMAGING LINK**

Show images for MRI LUMBAR SPINE, NO CONTRAST

**Entry Date**

1/30/2014

**Result Narrative**

EXAM:   MRI / L-Spine WO/Contrast
EXAM DATE AND TIME:  01/23/2014 20:43:00

HISTORY:Reason for procedure:  Lumbar radiculopathy  In past per
paper report: disc protrusion at L2-3 Disc bulg without root or
dural sac involvement at L5-S1  Transderm Patch: Kent Vu Phan does
not wear a Transderm Patch.

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images
were obtained through the lumbar spine.

CONTRAST: No IV contrast was administered.

COMPARISON:  Plain films of 6/7/2013

FINDINGS:

Minor anterior wedging of the L1 vertebral body findings consistent
with an old L1 compression fracture.
2.  Small right posterolateral disk protrusion at L3-4 with
borderline canal stenosis.
3.  Left posterolateral disk extrusion at L5-S1.  There is also mild
left foraminal narrowing at that level..  Minimal retrolisthesis of
L3 on L4.  No worrisome marrow signal.  The conus medullaris is
grossly normal.  No evidence of a paraspinous mass.

The.L1 and L2 levels are unremarkable.  There is a shallow right
posterolateral disk protrusion at L3-4, mildly indenting the thecal
sac with borderline canal stenosis.

The L4-5 level is unremarkable.

At L5-S1 there is a small left posterolateral disk protrusion which
appears to contact but not definitely displace the left S1 nerve
root origin.  There are mild facet joint degenerative changes at
that level on the left neural foramen is mildly narrowed.

IMPRESSION:

1.  Old, mild L1 compression deformity.
2.  Small right posterolateral disk protrusion at L3-4.
3.  Left posterolateral disk protrusion at L5-S1.  There is also
mild left foraminal narrowing at that level.

Phan, Kent Vu (MR # 900755297)

## Lab and Collection

MRI LUMBAR SPINE, NO CONTRAST on 1/8/2014

## Result History

MRI LUMBAR SPINE, NO CONTRAST on 1/30/14.

## Imaging

Resulting Agency
CO RADIOLOGY INTERFACE

## Result Notes

Notes Recorded by Sarah E (Do) Davis on 2/3/2014 at 11:51 AM
See telephone encounter
2/3/2014

## Encounter

View Encounter

## Reviewed by List

Sarah E (Do) Davis on 2/3/2014 11:51 AM

## Electronically Signed: Charting

| Date and Time | Name |
| --- | --- |
| Mon Feb 3, 2014 11:58 AM | SARAH DAVIS, DO |
| Mon Feb 3, 2014 11:51 AM | SARAH DAVIS, DO |
| Wed Jan 8, 2014  9:55 PM | SARAH DAVIS, DO |

## Order                                    MRI LUMBAR SPINE, NO CONTRAST [72148C] (Order 131478763)

## Future Appointments

View Future Appointments

## Order Information

| Date and Time | Ordering/Authorizing | Department |
| --- | --- | --- |
| 1/8/2014 2:46 PM | Sarah E (Do) Davis | PRIMARY CARE |

## Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
| --- | --- | --- |
| Sarah E (Do) Davis | Sarah E (Do) Davis | John A (Md) Siebert |

## Associated Diagnoses

LOW BACK PAIN

## Scheduling Instructions

KPCO AMBULATORY ONLY:
Please call main radiology at 303-338-3456 to schedule your CT Scan, MRI, Ultrasound
or Nuclear Medicine Studies.

## Comments

Reason for procedure:  Lumbar radiculopathy
In past per paper report: disc protrusion at L2-3
Disc bulg without root or dural sac involvement at L5-S1

Transderm Patch:
Kent Vu Phan does not wear a Transderm Patch.

## Detailed Information

Priority and Order Details                    Collection Information

## Encounter

View Encounter

## Electronically Signed: Charting

| Date and Time | Name |
| --- | --- |
| Mon Feb 3, 2014 11:58 AM | SARAH DAVIS, DO |
| Mon Feb 3, 2014 11:51 AM | SARAH DAVIS, DO |

Phan, Kent Vu (MR # 900755297)

**Future Appointments**
View Future Appointments

**Results**   **MRI CERVICAL SPINE, NO CONTRAST (Accession 9064631) (Order 131478764)**

**Result Information**

Status
**Final result (1/31/2014 2:36 PM)**   Provider Status
Reviewed

**Results Interpreter**
Results Interpreter
BAIR, JOHN H (MD)

**PAC's IMAGING LINK**
Show Images for MRI CERVICAL SPINE, NO CONTRAST

**Entry Date**
1/31/2014

**Result Narrative**

EXAM:  MRI / C-Spine WO/Contrast

EXAM DATE AND TIME:  01/23/2014 20:14:00

HISTORY:Reason for procedure:  Cervical radiculopathy  Previous report - sent for scanning  Transderm Patch: Kent Vu Phan does not wear a Transderm Patch.

PROCEDURE: Noncontrast enhanced, multiplanar, multisequence images were obtained through the cervical spine.

COMPARISON:  None available.

FINDINGS:

The height and marrow signal intensity of the cervical and visualized upper 2 thoracic vertebral bodies are normal.  There is a mild posterior subluxation of C4 on C5.  Alignment is otherwise unremarkable.

The cervical medullary juncture is normal.  Spinal cord appears normal in size and signal intensity.

C2-3: No significant disk or bony bulge.  No spinal canal or foraminal narrowing.

C3-4: Mild right paracentral disk and/or bony bulge without evidence of cord compression or spinal canal narrowing.  Neural foramina are normal.

C4-5: Mild concentric disk and/or bony bulge slightly compresses subarachnoid space anterior to the cord, without evidence of cord compression or definite spinal canal stenosis.  Facet and Luschka joint degenerative changes on the left result in foraminal narrowing.

C5-6: Mild right paracentral disk and/or bony bulge.  Prominent facet and ligamentous hypertrophic degenerative changes on the left result in foraminal narrowing.  No evidence of spinal canal stenosis.

C6 to 7: Foraminal narrowing is noted due to facet and Luschka joint degenerative change.  No significant disk bulge or evidence of spinal canal stenosis.

C7-T1: Unremarkable.

Phan, Kent Vu (MR # 900755297)

Grossly, there is no evidence of a paraspinous mass.

CONCLUSION:

1.  Mild disk and/or bony bulging at multiple levels as described,
without evidence of spinal canal stenosis or spinal cord compression.
2.  Foraminal narrowing on the left at C4-5, C5-6, and C6-7 due to
facet and Luschka joint degenerative change.

### Lab and Collection
MRI CERVICAL SPINE, NO CONTRAST on 1/8/2014

### Result History
MRI CERVICAL SPINE, NO CONTRAST on 1/31/14.

### Imaging
Resulting Agency
CO RADIOLOGY INTERFACE

### Result Notes
Notes Recorded by Sarah E (Do) Davis on 2/3/2014 at 11:58 AM
See telephone encounter
2/3/2014

### Encounter
View Encounter

### Reviewed by List
Sarah E (Do) Davis on 2/3/2014 11:58 AM

### Electronically Signed: Charting

| Date and Time | Name |
| --- | --- |
| Mon Feb 3, 2014 11:58 AM | SARAH DAVIS, DO |
| Mon Feb 3, 2014 11:51 AM | SARAH DAVIS, DO |
| Wed Jan 8, 2014 9:55 PM | SARAH DAVIS, DO |

### Order                                    MRI CERVICAL SPINE, NO CONTRAST [72141B] (Order 131478764)

### Future Appointments
View Future Appointments

### Order Information

| Date and Time | Ordering/Authorizing | Department |
| --- | --- | --- |
| 1/8/2014 2:46 PM | Sarah E (Do) Davis | PRIMARY CARE |

### Order Providers

| Authorizing Provider | Encounter Provider | Billing Provider |
| --- | --- | --- |
| Sarah E (Do) Davis | Sarah E (Do) Davis | John H (Md) Bair |

### Associated Diagnoses
CHRONIC NECK PAIN  - Primary

### Scheduling Instructions
KPCO AMBULATORY ONLY:
Please call main radiology at 303-338-3456 to schedule your CT Scan, MRI, Ultrasound
or Nuclear Medicine Studies.

### Comments
Reason for procedure:  Cervical radiculopathy

Previous report - sent for scanning

Transderm Patch:

From Health Images 1 303.365.9198 Wed Feb  6 09:51:56 2013 MST Page 1 of 1

*Fax*
*888.759-9032*

*Vu Phan   Claim # 0606 W 3884*


**HEALTH IMAGES**
C I T Y P L A C E
P 303-365-1200 • F 303-365-9198

**PATIENT NAME:**    PHAN, Vu
**BIRTH DATE:**        10/08/1953
**MPI #:**               HI166387

**DATE OF EXAM:**    02/05/2013

**REFERRED BY:**      Khoi Pham, MD
                              9399 Crown Crest Blvd
                              Suite 422
                              Parker, CO 80138

**EXAM:**               MRI OF THE RIGHT SHOULDER WITHOUT CONTRAST

**INDICATION:**   Shoulder pain.

**PROCEDURE:**    Routine protocol was followed with proton-density-weighted axial, coronal and sagittal sections with and without fat saturation.

**FINDINGS:**
Supraspinatus tendon - heterogeneous T2 bright signal.

Infraspinatus tendon - heterogeneous T2 bright signal

Subscapularis tendon - normal homogenous signal.

Teres minor appears normal.

Biceps tendon appears normal.

No rotator cuff tear or muscle atrophy.

The coracoacromial arch shows a small anterior inferior acromial osteophyte, possible impingement. The acromioclavicular joint shows mild hypertrophy.

Labrum is irregular at the superior aspect around the biceps anchor consistent with a small SLAP tear.

The articular cartilage appears normal. There is a small joint and bursal effusion.

**IMPRESSION:**

1. Supraspinatus and infraspinatus tendinosis.

2. Small superior labral tear.

Eduardo Seda, M.D.
This document was electronically signed by Eduardo Seda, M.D. on 02/06/2013

18



**HEALTH IMAGES**
C I T Y P L A C E
P 303-365-1200 • F 303-365-9198

**PATIENT NAME:** PHAN, Vu
**BIRTH DATE:** 10/08/1953
**MPI #:** HI166387

**DATE OF EXAM:** 10/24/2012

**REFERRED BY:** Khoi Pham, MD
9399 Crown Crest Blvd
Suite 422
Parker, CO 80138

**EXAM:** MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**INDICATION:** Neck and left arm pain.

**PROCEDURE:** Routine protocol was followed with STIR, T1 and T2-weighted sagittal and axial sections through the cervical spine.

**FINDINGS:** Since the prior MRI of 2/23/2011. There is normal vertebral body alignment. No bony or bone marrow abnormalities. The spinal canal is normal size. Cervical cord and portions visualized of the posterior fossa appear normal. The paraspinal and neck soft tissues are normal.

C2-3 shows moderately dark disc signal with no disc space narrowing. No disc bulge or protrusion. No joint or foraminal changes. No change since prior.

C3-4 shows moderately dark disc signal with no disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. No joint or foraminal changes. No change since prior.

C4-5 shows moderately dark disc signal with interval moderate disc space narrowing. There is a stable small central disc bulge with mild dural sac indentation, no cord deformity. No joint or foraminal changes.

C5-6 shows moderately dark disc signal with moderate disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. There is moderate left foraminal narrowing which appears predominantly bony and due to uncinate hypertrophy. It is deforming the left C6 root sleeve best seen on series 6 image 18. No change since prior.

C6-7 shows moderately dark disc signal with moderate disc space narrowing. There is a small central disc bulge with mild dural sac indentation, no cord deformity. There is bilateral foraminal narrowing, mild on the right and moderate on the left. The foraminal narrowing appears both bony and due to disc particularly on the left side, best seen on series 2 image 3. Correlation with CT may be helpful to differentiate disc versus bone. No change since prior.

C7-T1 shows mildly dark disc signal with no disc space narrowing. No disc bulge or protrusion. No joint or foraminal changes.

**IMPRESSION:**

1. Mild interval loss of disc height at C4-5.

2. Stable moderate left foraminal narrowing at C5-6. It appears predominantly bony.

19

3. Stable moderate left foraminal narrowing at C6-7. It appears both bony and due to disc. The material is dark on T1 and T2 which could represent dense sclerotic bone and/or disc material. CT could be utilized to differentiate.

Eduardo Seda, M.D.
This document was electronically signed by Eduardo Seda, M.D. on 10/25/2012

70





# HEALTH IMAGES

P 303-365-1200
F 303-365-9198

| | |
|---|---|
| **PATIENT NAME:** | PHAN, Vu |
| **BIRTH DATE:** | 10/08/1953 |
| **MPI #:** | HI166387 |

**DATE OF EXAM:** 04/20/2011

**REFERRED BY:** Khoi Pham, MD
730 Potomac St., Suite 318
Aurora, CO 80011

**EXAM:**
MRI OF THE LUMBAR SPINE WITHOUT CONTRAST

**INDICATION:**
Low back pain, bilateral leg pain.

**PROCEDURE:**
Routine protocol was followed with T1 and T2-weighted sagittal and axial sections through the lumbar spine.

**FINDINGS:**
The vertebral body alignment is normal. No bony or bone marrow abnormalities. The spinal canal is normal size. The lower thoracic cord and cauda equina appear normal. The paraspinal and retroperitoneal soft tissues appear normal as well as the superior aspects of the SI joints.

The L1-2 and L2-3 levels are normal.

L2-3 shows slightly dark T2 signal in the disc. There is a small narrow-based central disc protrusion with slight T2 hyperintensities slightly indenting the dural sac. No root sleeve involvement. No joint or foraminal changes.

The L4-5 level shows slightly dark T2 signal in the disc, otherwise normal level.

The L5-S1 level shows mildly narrowed disc with moderately dark T2 signal. There is a central disc bulge slightly extending into the epidural fat but no dural sac or root sleeve involvement. No joint or foraminal changes.

**IMPRESSION:**
Small disc bulge and small disc protrusion. There is mild dural sac indentation. No root sleeve involvement.

_Eduardo Seda, M.D._

Eduardo Seda, M.D.
This document was electronically signed by Eduardo Seda, M.D. on 04/20/2011

21



Health Images at City Place

14301 East Cedar Avenue, Suite E ▪ Aurora, Colorado 80012 ▪ www.healthimages.com

FEB-25-2011 FRI 02:46 PM CITY PLACE IMAGING          FAX NO. 303 365 9198          P. 07

*10/06/11 10am w/Kramer*

# HEALTH IMAGES

P 303-365-1200
F 303-365-9198

**PATIENT NAME:** PHAN, Vu
**BIRTH DATE:** 10/08/1953
**MPI #:** HI166387

**DATE OF EXAM:** 02/23/2011

**REFERRED BY:** Khoi Pham, MD
730 Potomac Street, Suite 318
Aurora, CO 80011

**EXAM:**
MRI OF THE CERVICAL SPINE WITHOUT CONTRAST

**INDICATION:**
Neck pain since motor vehicle accident.

**PROCEDURE:**
Routine protocol was followed with T1, T2 and STIR sagittal sections followed by T2-weighted axial sections.

**FINDINGS:**
The vertebral body alignment is normal. No bony or bone marrow lesions. The spinal canal is normal sized. The cervical cord and the portions visualized of the posterior fossa appear normal. The paraspinal and neck soft tissues are normal.

C2-3 shows moderately dark T2 signal in the disc, otherwise normal level.

C3-4 shows moderately dark signal in the disc with a slight disc bulge, worse to the right side, mildly indenting the dural sac. No cord or root sleeve deformity. No joint or foraminal changes.

The C4-5 level shows mildly narrowed disc with moderately dark T2 signal. There is a narrow based central disc protrusion mildly indenting the dural sac. No cord or root sleeve deformity. No joint or foraminal changes.

C5-6 shows a mildly narrowed disc with moderately dark T2 signal. There is a central disc bulge, worse to the left side, mildly indenting the dural sac. The left foramen is moderately narrow, which appears due to onset of hypertrophy.

C6-7 shows mildly narrowed disc with modestly dark T2 signal. There is a central disc bulge slightly indenting the dural sac. No cord deformity. There is bilateral foraminal narrowing, mild on the right, moderate on the left, which appears bony, and T2 uncinate hypertrophy.

C7-T1 shows mildly dark T2 signal in the disc, otherwise normal level.

**IMPRESSION:**
Degenerative disc and joint changes with small disc bulges and disc protrusions slightly indenting the dural sac. No cord involvement. There is bony foraminal narrowing, worse at C5-6 and C6-7 on the right side.

*22*

Page 1 of 2

**Health Images at City Place**
14301 East Cedar Avenue, Suite E ▪ Aurora, Colorado 80012 ▪ www.healthimages.com
unmistakable quality. spectacular service

FEB-25-2011 FRI 02:46 PM CITY PLACE IMAGING    FAX NO. 303 365 9198    P. 08



P 303-365-1200
F 303-365-9198

Eduardo Seda, M.D.
This document was electronically signed by Eduardo Seda, M.D. on 02/23/2011

**Health Images at City Place**
14301 East Cedar Avenue, Suite E • Aurora, Colorado 80012 • www.healthimages.com
unmistakable quality, spectacular service

```
                                                                        27400
PATIENT NO:        40006161860   MEDICAL CENTER OF AURORA   BILLING DATE   PAGE   1
MED REC NO:          1240252     1501 S POTOMAC STREET      09/09/15
GUARANTOR NO:
PATIENT:                         AURORA                     CO 800125411   ADMITTED   DISCHARGED
PHAN KENT VU                                                               09/04/15   09/04/15
```

BILL TO:

    VUPHAN KENT            EMERGENCY                 FC=03
    14896 E 2ND AVE      ADMIT THRU DISCHARGE CLAIM
    APT 106 H
    AURORA      CO     80011

| DATE OF<br>SERVICE | BATCH<br>REF | DEPT | F<br>S | PROC | NDC/CPT-4/<br>HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **301-LAB/CHEMISTRY** | | | | | | | | |
| 090415 | 04B506 | 0736 | | 902608 | 80053 | 1 | COMP METABOLIC PANEL | 706.01 |
| 090415 | 04B506 | 0736 | | 902760 | 84484 | 1 | TROPONIN QUANT | 594.80 |
| 090415 | 04B506 | 0736 | | 902760 | 8448491 | 1 | TROPONIN QUANT | 594.80 |
| | | | | | | | SUBTOTAL: | 1895.61 |
| **305-LAB/HEMATOLOGY** | | | | | | | | |
| 090415 | 04B506 | 0736 | | 903424 | 85379 | 1 | D-DIMER QUANT | 575.69 |
| 090415 | 04B506 | 0736 | | 903427 | 85027 | 1 | CBC | 333.85 |
| | | | | | | | SUBTOTAL: | 909.54 |
| **324-DX X-RAY/CHEST** | | | | | | | | |
| 090415 | 04B513 | 0728 | | 905888 | 71010 | 1 | XR CHEST 1 V | 565.69 |
| | | | | | | | SUBTOTAL: | 565.69 |
| **450-EMERG ROOM** | | | | | | | | |
| 090415 | 08B989 | 0780 | | 950326 | 96374 | 1 | IVP SINGLE/INITIAL DRU | 210.80 |
| 090415 | 08B989 | 0780 | | 901457 | 99284 | 1 | EMER DEPT LEVEL 4 | 3894.66 |
| | | | | | | | SUBTOTAL: | 4105.46 |
| **636-DRUGS REQUIRING DET CODE** | | | | | | | | |
| 090415 | 04B510 | 0712 | | 999179 | J2270 | 1 | MORPHINE SULF 4MG INJ | 79.98 |
| 090415 | 04B510 | 0712 | | 950894 | J2405 | 1 | ONDANSETRON 4 MG VL | 328.42 |
| | | | | | | | SUBTOTAL: | 408.40 |
| **730-EKG/ECG** | | | | | | | | |
| 090415 | 05B637 | 0744 | | 901433 | 93005 | 1 | EKG TRACING ONLY | 480.62 |
| 090415 | 05B637 | 0744 | | 901433 | 93005 | 1 | EKG TRACING ONLY | 480.62 |
| | | | | | | | SUBTOTAL: | 961.24 |
| | | | | | | | TOTAL ANCILLARY CHARGES | 8845.94 |

INSURANCE BENEFITS ASSIGNED TO MEDICAL CENTER OF
AURORA. PLEASE RETAIN FOR YOUR RECORDS.

Exhibit: 3

```
PATIENT NO:        40006161860    MEDICAL CENTER OF AURORA    BILLING DATE    PAGE    2    27400
MED REC NO:           1240252     1501 S POTOMAC STREET         09/09/15
GUARANTOR NO:                                                CO 800125411     ADMITTED        DISCHARGED
PATIENT:                          AURORA                                      09/04/15         09/04/15
PHAN KENT VU
```

```
                              TOTAL CHARGES        8845.94
                                   PAYMENTS            .00
                                ADJUSTMENTS            .00
                                    BALANCE        8845.94
```

INSURANCE BENEFITS ASSIGNED TO MEDICAL CENTER OF
AURORA. PLEASE RETAIN FOR YOUR RECORDS.

```
PATIENT NO:     40006161860   MEDICAL CENTER OF AURORA   BILLING DATE    PAGE   3   27400
MED REC NO:       1240252     1501 S POTOMAC STREET      09/09/15
GUARANTOR NO:
PATIENT:                      AURORA                     CO 800125411   ADMITTED    DISCHARGED
PHAN KENT VU                                                            09/04/15    09/04/15
```

```
                    DEPARTMENTAL CHARGE SUMMARY
              DEPT        DESCRIPTION                  AMOUNT

              0712    PHARMACY SOUTH                   408.40
              0728    DIAGNOSTIC RADIOLOGY SOU         565.69
              0736    LABORATORY SOUTH               2,805.15
              0744    CARDIOLOGY/EKG                   961.24
              0780    EMERGENCY ROOM SOUTH           4,105.46


          TOTAL CHARGES:      8,845.94
          TOTAL PAYMENTS:          .00
          TOTAL ADJUST:            .00
```

 **SCL Health**

**500 Eldorado Blvd - STE 6300**
**Broomfield, CO  80021-3408**

December 29, 2015

**Saint Joseph Hospital - SCL Health**
500 Eldorado Blvd.
Bldg 6 Ste 6300
Broomfield, CO 80021-3408
Ph. (866) 665 - 2636

Detailed Bill For

Patient Name: Phan,Kent Vu

Admission Date:  04/27/2015
Discharge Date:  04/27/2015
Account Class: Emergency
Attending Physician:  MELZER, DOUGLAS C

| **Guarantor Number** | **Guarantor Name & Address** |
|---|---|
| 1001858631 | Kent Vu Phan |
| | 14896 E 2ND AVE |
| | APT 106H |
| **Account Number**: 300893731 | AURORA, CO 80011 |

Dear Kent Vu Phan,

Enclosed is your SCL Health itemized bill hospital bill.  Your itemized bill summarizes charges, adjustments, credits and payments made to the account.

**For Medicare patients only:**
If you have Medicare Part D coverage and your treatment included self-administered (SAD) drugs, we included the NDC (National Drug Code) codes you need when you file a claim for reimbursement with Medicare.

At this time, SCL Health does not bill Medicare Part D on behalf of patients who have this coverage.  If you need assistance with or have questions about filing a Medicare Part D reimbursement claim, please contact your insurance agent.  You may also find helpful information at www.medicare.gov,  which  includes how to contact Medicare directly.

Patient Name: Phan,Kent Vu  Account Number: 300893731  Page 1 of 2          Exhibit: 4

## Charges

| Service Date | REV Code | Procedure | NDC Code | QTY | Amount |
|---|---|---|---|---|---|
| 04/27/2015 | EMERGENCY ROOM - GENERAL CLASSIFICATION [0450] | 722002803-EMERGENCY ROOM - LEVEL 4 W/MOD | | 1 | $2,554.75 |
| 04/27/2015 | IV/INJECTION THERAPY [0260] | 722000072-IVP INITIAL THERAPEUTIC | | 1 | $325.25 |
| 04/27/2015 | IV/INJECTION THERAPY [0260] | 722000199-IVP ADDL DIFF DRUG THERAP | | 2 | $650.50 |
| 04/27/2015 | PHARMACY - EXTENSION OF 025X - DRUGS REQUIRING DETAILED CODING (A) [0636] | 731002604-DIAZEPAM 5 MG/ML SYRG 2 ML SYRINGE | 0409-1273-32 | 1 | $121.30 |
| 04/27/2015 | PHARMACY - EXTENSION OF 025X - DRUGS REQUIRING DETAILED CODING (A) [0636] | 731002604-KETOROLAC 30 MG/ML (1 ML) SOLN 1 ML VIAL | 0409-3795-01 | 1 | $71.95 |
| 04/27/2015 | PHARMACY - EXTENSION OF 025X - DRUGS REQUIRING DETAILED CODING (A) [0636] | 731002604-MORPHINE PF 2 MG/ML CRTG 1 ML SYRINGE | 0409-1890-01 | 3 | $156.20 |
| **Total charges:** | | | | | **$3,879.95** |

## Payments and Adjustments

| Description | Amount |
|---|---|
| KAISER M ELECTRONIC PAYMENT - 05/18/15 | -$377.81 |
| KAISER M CONTRACTUAL CREDIT ADJUSTMENT - 05/18/15 | -$3,502.14 |
| **Total payments and adjustments:** | **-$3,879.95** |

Hospital Account Balance:  0.00

Patient Name: Phan,Kent Vu  Account Number: 300893731   Page 2 of 2

Phan, Kent Vu (MR # H1015488)

**SCL Health**

Page 1 of 7

# After Visit Summary

## Facility Name

| Name | Address | Phone |
|---|---|---|
| SAINT JOSEPH HOSPITAL | 1375 E 19th Ave<br>Denver CO 80218-1126 | 303-812-2000 |

**Kent Vu Phan**
MRN: **H1015488**

**Department:** **SJH SS & PROC CARDIO**
**Date of Visit:**

## You are allergic to the following

No active allergies

## Your Medication List

### CHANGE how you take these medications

| | Instructions | Comments |
|---|---|---|
| **losartan 50 mg tablet**<br>Signed by: Michelle H. Chiang<br>**What changed: how much to take**<br>Commonly known as: COZAAR | Take 2 tablets by mouth once a day. | |

### CONTINUE taking these medications

| | Instructions | Comments |
|---|---|---|
| **albuterol (conc: 2.5mg/3 mL) nebulizer solution**<br>Commonly known as: PROVENTIL | Administer 2.5 mg via nebulizer every four hours, as needed for Shortness of Breath. | |
| **aspirin 81 mg delayed release tablet**<br>Commonly known as: ECOTRIN | Take 81 mg by mouth once a day with breakfast. | |
| **atorvastatin 40 mg tablet**<br>Commonly known as: LIPITOR | Take 40 mg by mouth at bedtime. | |
| **beclomethasone (conc: 80 mcg/puff) inhaler**<br>Commonly known as: QVAR | Take 2 puffs by inhalation two times a day. | |
| **cyclobenzaprine 10 mg tablet**<br>Commonly known as: FLEXERIL | Take 10 mg by mouth at bedtime. | |
| **fish oil-omega-3 fatty acids (1,200-360 mg / cap) 360-1,200 mg Cap**<br>Commonly known as: OMEGA 3 FISH OIL | Take 1 capsule by mouth once a day. | |
| **lidocaine 5 % patch**<br>Commonly known as: LIDODERM | Apply 1 Patch to skin once a day. | |
| **metFORMIN 500 mg tablet**<br>Commonly known as: GLUCOPHAGE | Take 1,000 mg by mouth two times a day with meals. | |

Exhibit: 5

Phan, Kent Vu (MR # H1015488)

## Your Medication List (continued)

### CONTINUE taking these medications (continued)

| | Instructions | Comments |
|---|---|---|
| **terazosin 10 mg capsule**<br>Commonly known as: HYTRIN | Take 20 mg by mouth at bedtime. | |
| **traMADol 50 mg tablet**<br>Commonly known as: ULTRAM | Take 25-50 mg by mouth every six hours, as needed for Moderate Pain. | |
| **venlafaxine 75 mg tablet**<br>Commonly known as: EFFEXOR | Take 150 mg by mouth once a day. | |

### Where to Get Your Medications

Prescriptions were not sent electronically to a pharmacy

**Your nurse will provide you with the following prescriptions on paper.**
- losartan 50 mg tablet

# General Information

### About your hospitalization

You were admitted on: March 3, 2015

You were discharged on: March 4, 2015

You last received care in the: SJH SS & PROC CARDIO

Unit phone number: 303-812-2000

### Why you were hospitalized

Your primary diagnosis was: Atypical Chest Pain

Your diagnoses also included: High Blood Pressure, Type 2 Diabetes, Chronic Pain, Benign Enlargement Of Prostate, Asthma, High Cholesterol Or Triglycerides

### Providers seen during hospitalization

| Provider | Service | Role |
|---|---|---|
| Karen Richardson, MD | Internal Medicine | Attending Provider |
| Michelle H. Chiang, MD | Internal Medicine | Attending Provider |

### Your Vitals Were - Last Recorded

| Blood Pressure | Pulse | Temperature | Respirations | Height | Weight |
|---|---|---|---|---|---|
| 146/90 | 99 | 98.2 °F (36.8 °C) | 16 | 5' 6" | 77.747 kg (171 lb 6.4 oz) |

| BMI | SpO2 |
|---|---|
| 27.68 kg/m2 | 92% |

### Please notify your personal doctor following this hospital stay

PCP

| Name | Type | Specialty | Phone Number |
|---|---|---|---|
| Sarah E Davis, DO | Physician | Other or Unknown Specialty | 303-338-4545 |

Phan, Kent Vu (MR # H1015488)

## Reasons to Call your Doctor or Return to ED

| | Most Recent Value |
|---|---|
| Call Your Doctor For | **Any concerns you have** |

## Activity Instructions

| | Most Recent Value |
|---|---|
| Activity | **Activity as tolerated** |

## Diet Instructions

| | Most Recent Value |
|---|---|
| Patient Diet | **Diabetic (control calories)** |

## Contact information for follow-up

**Sarah E Davis, DO**
Specialty:  Other or Unknown Specialty
Relationship:  PCP - General

Kaiser Permanente Colorado
14701 E EXPOSITION AVE
FAMILY MEDICINE
AURORA CO 80012
Phone:  303-338-4545

**A copy of these instructions was given to the patient/caregiver to take home**

Phan, Kent Vu (MR # H1015488)                                                    Page 4 of 7

# Medication Information

## *This is a tool to help you keep track of your medications*

<u>**You are allergic to the following**</u>

No active allergies

## Daily Medication List

### Take these medications at their scheduled times

| | AM | Noon | PM | Bed Time |
|---|---|---|---|---|
| **aspirin 81 mg delayed release tablet**<br>Commonly known as: ECOTRIN<br>Take 81 mg by mouth once a day with breakfast.<br><br>Next Dose: tomorrow at 8:00 AM: | x<br>8AM | | | |
| **atorvastatin 40 mg tablet**<br>Commonly known as: LIPITOR<br>Take 40 mg by mouth at bedtime.<br><br>Next Dose: today at 9:00 PM: | | | | x<br>9PM |
| **beclomethasone (conc: 80 mcg/puff) inhaler**<br>Commonly known as: QVAR<br>Take 2 puffs by inhalation two times a day.<br><br>Next Dose: today at 9:00 PM: | x<br>9AM | | | x<br>9PM |
| **cyclobenzaprine 10 mg tablet**<br>Commonly known as: FLEXERIL<br>Take 10 mg by mouth at bedtime.<br><br>Next Dose: today at 9:00 PM: | | | | x<br>9PM |
| **fish oil-omega-3 fatty acids (1,200-360 mg / cap) 360-1,200 mg Cap**<br>Commonly known as: OMEGA 3 FISH OIL<br>Take 1 capsule by mouth once a day.<br><br>Next Dose: tomorrow at 9:00 AM: | x<br>9AM | | | |
| **lidocaine 5 % patch**<br>Commonly known as: LIDODERM<br>Apply 1 Patch to skin once a day.<br><br>Next Dose: tomorrow at 9:00 AM: | x<br>9AM | | | |

Phan, Kent Vu (MR # H1015488)                                    Page 5 of 7

| | | | | |
|---|---|---|---|---|
| **losartan 50 mg tablet**<br>Commonly known as: COZAAR<br>Signed by: Michelle H. Chiang<br>Take 2 tablets by mouth once a day.<br><br>Next Dose: tomorrow at 9:00 AM: | x<br>9AM | | | |
| **metFORMIN 500 mg tablet**<br>Commonly known as: GLUCOPHAGE<br>Take 1,000 mg by mouth two times a day<br>with meals.<br><br>Next Dose: today at 5:00 PM: | x<br>8AM | | x<br>5PM | |
| **terazosin 10 mg capsule**<br>Commonly known as: HYTRIN<br>Take 20 mg by mouth at bedtime.<br><br>Next Dose: today at 9:00 PM: | | | | x<br>9PM |
| **venlafaxine 75 mg tablet**<br>Commonly known as: EFFEXOR<br>Take 150 mg by mouth once a day.<br><br>Next Dose: tomorrow at 9:00 AM: | x<br>9AM | | | |

## Take these medications as needed

| | AM | Noon | PM | Bed Time |
|---|---|---|---|---|
| **albuterol (conc: 2.5mg/3 mL) nebulizer solution**<br>Commonly known as: PROVENTIL<br>Administer 2.5 mg via nebulizer every four hours, as needed for Shortness of Breath.<br><br>Next Dose: As needed | | | | |
| **traMADol 50 mg tablet**<br>Commonly known as: ULTRAM<br>Take 25-50 mg by mouth every six hours, as needed for Moderate Pain.<br><br>Next Dose: As needed | | | | |

Reviewed at 12:51 PM

## <u>Important Reminders Regarding Your Medication List:</u>

- Give a list of your current medications to your primary care provider as well as any other healthcare providers you see.
- Update this list when medications are discontinued, doses are changed, or new medications (including over- the-counter products) are added.
- Carry your medication information with you at all times, in the event of an

emergency.
- The instructions on your medications bottles may be different from these instructions. <u>Please follow the medication instructions located on your prescription medication bottle.</u>  If you do not understand your medications or why you are taking them, please talk to your physician or pharmacist before you take the medication.
- Some foods and herbal products can interact with medications.  Consult your physician or pharmacist if you plan to begin supplements or herbals.

## MyChart Activation instructions

March 4, 2015

Dear Kent:

Thank you for enrolling in MyChart.  MyChart allows you to view your test results, medications, allergies, and more.

Please follow the instructions below to securely access your online medical record.

### How Do I Sign Up?

1. In your Internet browser, go to https://mychart.sclhealth.org/.
2. Click on the **Sign Up Now** link in the New User box. You will see the New Member Sign Up page.
3. Enter your MyChart Activation Code exactly as it appears below. You will not need to use this code after you've completed the sign-up process. NOTE: If you do not activate your MyChart account before the expiration date, you must request a new code by visiting your clinic or hospital at which you have been a recent patient and provide proper identification.

MyChart Activation Code: N6XG4-D39EP-HGN9F
Expires: 3/18/2015 12:51 PM

4. Enter your Date of Birth (mm/dd/yyyy), residential Zip Code and click **Submit.**
5. Create a MyChart Username. This will be your MyChart login ID and cannot be changed. Think of one that is secure and easy to remember.
6. Create a MyChart Password. You can change your password at any time.
7. Choose a Security Question and Answer, and click **Next.** The Security Question and Answer can be used to access MyChart if you forget your password.
8. Enter your e-mail address. You will receive e-mail notification when new information is available in MyChart.
9. Click **Sign In.** You can now view your medical record.

### Additional Information

If you have questions, please call 855-866-8282 to talk with our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

Sincerely,

Phan, Kent Vu (MR # H1015488)
**MyChart Activation instructions (continued)**

MyChart Team

Phan, Kent Vu (MR # H1015488)

**SCL Health**

**Attending Provider:** Douglas C Melzer, MD

| Allergies: **No Known Allergies** | Ht: 5' 6" |
| | Wt: 75.751 kg (167 lb) |

## Treatment Team

| Provider | Role | From | To |
|---|---|---|---|
| Douglas C Melzer, MD | Attending Provider | 04/27/15 1354 | -- |

## Diagnoses

| | | |
|---|---|---|
| **Chronic lower back pain** - Primary | 724.2, 338.29 | |
| **Sciatica** | 724.3 | |

## Follow-up Information

| Follow up With | Details | Comments | Contact Info |
|---|---|---|---|
| Sarah E Davis, DO | On 4/29/2015 | An appointment has been made for you at 430PM on 4/29/15. | 14701 E EXPOSITION AVE FAMILY MEDICINE AURORA Colorado 80012 303-338-4545 |

## Your Medication List

**Notice**

You have not been prescribed any medications.

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm: 4/27/2015, D/C:

## Discharge Instructions

An appointment has been made for you with your primary care physician, Dr. Davis, at 430PM on Wednesday, the 29th of April. Please keep this appointment.

You were evaluated for back pain, no significant abnormalities were found on your neurologic exam. You were treated with morphine, toradol, and valium. No imaging studies were done and no procedures were performed.

# Back Pain, Adult

Low back pain is very common. About 1 in 5 people have back pain. The cause of low back pain is rarely dangerous. The pain often gets better over time. About half of people with a sudden onset of back pain feel better in just 2 weeks. About 8 in 10 people feel better by 6 weeks.



## CAUSES
Some common causes of back pain include:

- Strain of the muscles or ligaments supporting the spine.
- Wear and tear (*degeneration*) of the spinal discs.
- Arthritis.
- Direct injury to the back.

## DIAGNOSIS
Most of the time, the direct cause of low back pain is not known. However, back pain can be treated effectively even when the exact cause of the pain is unknown. Answering your caregiver's questions about your overall health and symptoms is one of the most accurate ways to make sure the cause of your pain is not dangerous. If your caregiver needs more information, he or she may order lab work or imaging tests (X-rays or MRIs). However, even if imaging tests show changes in your back, this usually does not require surgery.

## HOME CARE INSTRUCTIONS
For many people, back pain returns. Since low back pain is rarely dangerous, it is often a condition that people can learn to manage on their own.

- Remain active. It is stressful on the back to sit or stand in one place. **Do not** sit, drive, or stand in one place for more than 30 minutes at a time. Take short walks on level surfaces as soon as pain allows. Try to increase the length of time you walk each day.
- **Do not** stay in bed. Resting more than 1 or 2 days can delay your recovery.
- **Do not** avoid exercise or work. Your body is made to move. It is not dangerous to be active, even though your back may hurt. Your back will likely heal faster if you return to being active before your pain is gone.
- Pay attention to your body when you bend and lift. Many people have less discomfort when lifting if they bend their knees, keep the load close to their bodies, and avoid twisting. Often, the most comfortable positions are those that put less stress on your recovering back.
- Find a comfortable position to sleep. Use a firm mattress and lie on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
- Only take over-the-counter or prescription medicines as directed by your caregiver. Over-the-counter medicines to reduce pain and inflammation are often the most helpful. Your caregiver may prescribe muscle relaxant drugs. These medicines help dull your pain so you can more quickly return to your normal activities and healthy exercise.

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm: 4/27/2015, D/C:

- Put ice on the injured area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 15-20 minutes, 03-04 times a day for the first 2 to 3 days. After that, ice and heat may be alternated to reduce pain and spasms.
- Ask your caregiver about trying back exercises and gentle massage. This may be of some benefit.
- Avoid feeling anxious or stressed. Stress increases muscle tension and can worsen back pain. It is important to recognize when you are anxious or stressed and learn ways to manage it. Exercise is a great option.

## SEEK MEDICAL CARE IF:

- You have pain that is not relieved with rest or medicine.
- You have pain that does not improve in 1 week.
- You have new symptoms.
- You are generally not feeling well.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You have pain that radiates from your back into your legs.
- You develop new bowel or bladder control problems.
- You have unusual weakness or numbness in your arms or legs.
- You develop nausea or vomiting.
- You develop abdominal pain.
- You feel faint.

Document Released: 12/18/2008 Document Revised: 06/18/2013 Document Reviewed: 05/07/2012

ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

# Chronic Back Pain



When back pain lasts longer than 3 months, it is called chronic back pain. People with chronic back pain often go through certain periods that are more intense (*flare-ups*).

## CAUSES

Chronic back pain can be caused by wear and tear (*degeneration*) on different structures in your back. These structures include:

- The bones of your spine (*vertebrae*) and the joints surrounding your spinal cord and nerve roots (*facets*).
- The strong, fibrous tissues that connect your vertebrae (*ligaments*).

Degeneration of these structures may result in pressure on your nerves. This can lead to constant pain.

## HOME CARE INSTRUCTIONS

- Avoid bending, heavy lifting, prolonged sitting, and activities which make the problem worse.
- Take brief periods of rest throughout the day to reduce your pain. Lying down or standing usually is better than sitting while you are resting.
- Take over-the-counter or prescription medicines only as directed by your caregiver.

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm: 4/27/2015, D/C:

## SEEK IMMEDIATE MEDICAL CARE IF:

- You have weakness or numbness in one of your legs or feet.
- You have trouble controlling your bladder or bowels.
- You have nausea, vomiting, abdominal pain, shortness of breath, or fainting.

Document Released: 01/25/2008 Document Revised: 03/11/2013 Document Reviewed: 12/01/2012

ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

# Sciatica

Sciatica is pain, weakness, numbness, or tingling along the path of the sciatic nerve. The nerve starts in the lower back and runs down the back of each leg. The nerve controls the muscles in the lower leg and in the back of the knee, while also providing sensation to the back of the thigh, lower leg, and the sole of your foot. Sciatica is a symptom of another medical condition. For instance, nerve damage or certain conditions, such as a herniated disk or bone spur on the spine, pinch or put pressure on the sciatic nerve. This causes the pain, weakness, or other sensations normally associated with sciatica. Generally, sciatica only affects one side of the body.



## CAUSES

- Herniated or slipped disc.
- Degenerative disk disease.
- A pain disorder involving the narrow muscle in the buttocks (*piriformis syndrome*).
- Pelvic injury or fracture.
- Pregnancy.
- Tumor (rare).

## SYMPTOMS

Symptoms can vary from mild to very severe. The symptoms usually travel from the low back to the buttocks and down the back of the leg. Symptoms can include:

- Mild tingling or dull aches in the lower back, leg, or hip.
- Numbness in the back of the calf or sole of the foot.
- Burning sensations in the lower back, leg, or hip.
- Sharp pains in the lower back, leg, or hip.
- Leg weakness.
- Severe back pain inhibiting movement.

These symptoms may get worse with coughing, sneezing, laughing, or prolonged sitting or standing. Also, being overweight may worsen symptoms.

## DIAGNOSIS

Your caregiver will perform a physical exam to look for common symptoms of sciatica. He or she may ask you to do certain movements or activities that would trigger sciatic nerve pain. Other tests may be performed to find the cause of the sciatica. These may include:

- Blood tests.

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm. 4/27/2015, D/C:

- X-rays.
- Imaging tests, such as an MRI or CT scan.

# TREATMENT

Treatment is directed at the cause of the sciatic pain. Sometimes, treatment is not necessary and the pain and discomfort goes away on its own. If treatment is needed, your caregiver may suggest:

- Over-the-counter medicines to relieve pain.
- Prescription medicines, such as anti-inflammatory medicine, muscle relaxants, or narcotics.
- Applying heat or ice to the painful area.
- Steroid injections to lessen pain, irritation, and inflammation around the nerve.
- Reducing activity during periods of pain.
- Exercising and stretching to strengthen your abdomen and improve flexibility of your spine. Your caregiver may suggest losing weight if the extra weight makes the back pain worse.
- Physical therapy.
- Surgery to eliminate what is pressing or pinching the nerve, such as a bone spur or part of a herniated disk.

# HOME CARE INSTRUCTIONS

- Only take over-the-counter or prescription medicines for pain or discomfort as directed by your caregiver.
- Apply ice to the affected area for 20 minutes, 3-4 times a day for the first 48-72 hours. Then try heat in the same way.
- Exercise, stretch, or perform your usual activities if these do not aggravate your pain.
- Attend physical therapy sessions as directed by your caregiver.
- Keep all follow-up appointments as directed by your caregiver.
- **Do not** wear high heels or shoes that do not provide proper support.
- Check your mattress to see if it is too soft. A firm mattress may lessen your pain and discomfort.

# SEEK IMMEDIATE MEDICAL CARE IF:

- You lose control of your bowel or bladder (*incontinence*).
- You have increasing weakness in the lower back, pelvis, buttocks, or legs.
- You have redness or swelling of your back.
- You have a burning sensation when you urinate.
- You have pain that gets worse when you lie down or awakens you at night.
- Your pain is worse than you have experienced in the past.
- Your pain is lasting longer than 4 weeks.
- You are suddenly losing weight without reason.

# MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/12/2002 Document Revised: 06/18/2013 Document Reviewed: 04/28/2013

ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm: 4/27/2015, D/C:

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218
Hospital Summary

PHAN,KENT VU
MRN: H1015488
DOB: 10/8/1953, Sex: M
Adm: 4/27/2015, D/C:

## MyChart Activation instructions

April 27, 2015

Dear Kent:

Thank you for enrolling in MyChart.  MyChart allows you to view your test results, medications, allergies, and more.

Please follow the instructions below to securely access your online medical record.

## How Do I Sign Up?

1. In your Internet browser, go to https://mychart.sclhealth.org/.
2. Click on the **Sign Up Now** link in the New User box. You will see the New Member Sign Up page.
3. Enter your MyChart Activation Code exactly as it appears below. You will not need to use this code after you've completed the sign-up process. NOTE: If you do not activate your MyChart account before the expiration date, you must request a new code by visiting your clinic or hospital at which you have been a recent patient and provide proper identification.

> MyChart Activation Code: 2WS7B-GRKD9-9F4HU
> Expires: 5/11/2015  2:57 PM

4. Enter your Date of Birth (mm/dd/yyyy), residential Zip Code and click **Submit**.
5. Create a MyChart Username. This will be your MyChart login ID and cannot be changed. Think of one that is secure and easy to remember.
6. Create a MyChart Password. You can change your password at any time.
7. Choose a Security Question and Answer, and click **Next**. The Security Question and Answer can be used to access MyChart if you forget your password.
8. Enter your e-mail address. You will receive e-mail notification when new information is available in MyChart.
9. Click **Sign In**. You can now view your medical record.

## Additional Information

If you have questions, please call 855-866-8282 to talk with our MyChart staff. Remember, MyChart is NOT to be used for urgent needs. For medical emergencies, dial **911**.

Sincerely,

MyChart Team

 **SCL Health**

<u>**500 Eldorado Blvd - STE 6300**</u>
<u>**Broomfield, CO 80021-3408**</u>

January 12, 2016

**Saint Joseph Hospital - SCL Health**
500 Eldorado Blvd.
Bldg 6 Ste 6300
Broomfield, CO 80021-3408
Ph. (866) 665 - 2636

Detailed Bill For

Patient Name: Phan,Kent Vu

Admission Date:  03/03/2015
Discharge Date:  03/04/2015
Account Class: Observation
Attending Physician:  RICHARDSON, KAREN

**Guarantor Number**
1001858631

**Account Number**: 300870653

**Guarantor Name & Address**
Kent Vu Phan
14896 E 2ND AVE
APT 106H
AURORA, CO 80011

Dear Kent Vu Phan,

Enclosed is your SCL Health itemized bill hospital bill.  Your itemized bill summarizes charges, adjustments, credits and payments made to the account.

**For Medicare patients only:**
If you have Medicare Part D coverage and your treatment included self-administered (SAD) drugs, we included the NDC (National Drug Code) codes you need when you file a claim for reimbursement with Medicare.

At this time, SCL Health does not bill Medicare Part D on behalf of patients who have this coverage.  If you need assistance with or have questions about filing a Medicare Part D reimbursement claim, please contact your insurance agent.  You may also find helpful information at www.medicare.gov, which includes how to contact Medicare directly.

Exhibit: 6

Patient Name: Phan,Kent Vu  Account Number: 300870653  Page 1 of 4

**Charges**

| Service Date | REV Code | Procedure | NDC Code | QTY | Amount |
|---|---|---|---|---|---|
| 03/03/2015 | LABORATORY - CHEMISTRY [0301] | 760101885-TROPONIN | | 1 | $110.00 |
| 03/03/2015 | LABORATORY - GENERAL CLASSIFICATION [0300] | 760300012-VENIPUNCTURE | | 1 | $30.00 |
| 03/03/2015 | OBSERVATION HOURS/OBSERVATION ROOM (A) [0762] | 601100110-OBSERVATION/HR | | 9 | $2,074.50 |
| 03/03/2015 | OBSERVATION HOURS/OBSERVATION ROOM (A) [0762] | 601100634-OBSERVATION DIRECT ADMIT | | 1 | $392.00 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002599-NITROGLYCERIN 0.4 MG SUBL 25 EACH BOTTLE | 0071-0418-13 | 1 | $132.85 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-ATORVASTATIN 40 MG TAB 90 EACH BOTTLE | 55111-123-90 | 1 | $6.15 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-BECLOMETHASONE (CONC: 80 MCG/PUFF) 80 MCG/ACTUATION AERO 8.7 G AER W/ADAP | 59310-204-12 | 1 | $4.20 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-CYCLOBENZAPRINE 10 MG TAB 100 EACH BOTTLE | 31722-283-01 | 1 | $4.20 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-MELATONIN 5 MG CAP 60 EACH BOTTLE | 74312-15745 | 1 | $4.20 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-TERAZOSIN 5 MG CAP 100 EACH BOTTLE | 60505-0117-0 | 4 | $5.55 |
| 03/03/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-TRAMADOL 50 MG TAB 100 EACH BLIST PACK | 0904-6365-61 | 1 | $33.05 |
| 03/03/2015 | PULMONARY FUNCTION - GENERAL CLASSIFICATION [0460] | 737000386-PULSE OXIMETRY SINGLE | | 1 | $138.75 |
| 03/03/2015 | RESPIRATORY SERVICES - GENERAL CLASSIFICATION [0410] | 737004041-EVALUATE PT USE OF INHALER | | 1 | $414.75 |
| 03/04/2015 | CARDIOLOGY - STRESS TEST [0482] | 738002544-STRESS TEST W/ADENOSINE/REGADENSN | | 1 | $1,631.25 |

| Service Date | REV Code | Procedure | NDC Code | QTY | Amount |
|---|---|---|---|---|---|
| 03/04/2015 | NUCLEAR MEDICINE - DIAGNOSTIC PROCEDURES [0341] | 735003196-NM HEART MUSCLE SPECT MULT | | 1 | $4,484.75 |
| 03/04/2015 | NUCLEAR MEDICINE - DIAGNOSTIC RADIOPHARMACEUTICALS [0343] | 735000181-SESTAMIBI PER STUDY DOSE | | 2 | $1,398.50 |
| 03/04/2015 | OBSERVATION HOURS/OBSERVATION ROOM (A) [0762] | 601100110-OBSERVATION/HR | | 11 | $2,535.50 |
| 03/04/2015 | PHARMACY - EXTENSION OF 025X - DRUGS REQUIRING DETAILED CODING (A) [0636] | 731002607-REGADENOSON 0.4 MG/5 ML SYRG 5 ML SYRINGE | 0469-6501-89 | 1 | $2,285.05 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-ASPIRIN 81 MG TBEC 120 EACH BOTTLE | 10135-173-62 | 1 | $2.45 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-BECLOMETHASONE (CONC: 80 MCG/PUFF) 80 MCG/ACTUATION AERO 8.7 G AER W/ADAP | 59310-204-12 | 1 | $4.20 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-LIDOCAINE 5 % 5 %(700 MG/PATCH) PTMD 1 EACH BOX | 0591-3525-11 | 1 | $63.60 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-LOSARTAN 50 MG TAB 1,000 EACH BOTTLE | 65862-202-99 | 1 | $6.55 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-POTASSIUM CHLORIDE 10 MEQ TBTQ 1,000 EACH BOTTLE | 66758-170-10 | 4 | $17.30 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-TRAMADOL 50 MG TAB 100 EACH BLIST PACK | 0904-6365-61 | 1 | $33.05 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-VENLAFAXINE 100 MG TAB 100 EACH BOTTLE | 16714-315-01 | 1 | $2.95 |
| 03/04/2015 | PHARMACY - GENERAL CLASSIFICATION [0250] | 731002608-VENLAFAXINE 50 MG TAB 100 EACH BOTTLE | 16714-313-01 | 1 | $6.55 |
| 03/04/2015 | RESPIRATORY SERVICES - GENERAL CLASSIFICATION [0410] | 737003869-AIRWAY INHALATION TREATMENT | | 1 | $169.75 |

Total charges: $15,991.65

Patient Name: Phan,Kent Vu   Account Number: 300870653   Page 3 of 4

**Payments and Adjustments**

| Description | Amount |
|---|---|
| KAISER M REGULATORY SUPPRESSED CHARGES - 03/12/15 | -$30.00 |
| KAISER M ELECTRONIC PAYMENT - 03/23/15 | -$1,572.86 |
| KAISER M CONTRACTUAL CREDIT ADJUSTMENT - 03/23/15 | -$14,386.79 |
| KAISER M ELECTRONIC PAYMENT - 05/14/15 | $22.68 |
| KAISER M CONTRACTUAL CREDIT ADJUSTMENT - 05/14/15 | -$22.68 |
| SMALL BALANCE WRITE-OFF - GUARANTOR - 03/24/15 | -$2.00 |
| **Total payments and adjustments:** | **-$15,991.65** |

Hospital Account Balance:  0.00

Patient Name: Phan,Kent Vu  Account Number: 300870653  Page 4 of 4

**Mile-Hi Neurology Services, P.C.**
**Khoi D. Pham MD, MBA, Neurologist**
9399 Crown Crest Blvd., Suite 422
Parker, CO 80138
Phone: 303-840-7976; Fax: 303-840-0942

November 16, 2012

Office note re **Vu Phan** (10/8/1953)

Vu returned for recheck. He said the Ultram 2 po tid is too strong and so he is taking 1 bid and 2 qhs and tolerated that ok. He is sleeping well on Trazodone 75mg po qhs. He is seeing Dr. Padua twice a week. He stated his neck pain had worsened and both his arms felt numb. C-spine MRI showed possible left C6 and C7 radiculopathy from combines bony spur and disc material. The patient however refused to try either epidural steroid injection or neurosurgical referral.

On repeat exam, he was in no acute distress. BP: 110/70. His cranial nerves were intact. No abnormal nystagmus. Neck had decreased ROM. He had no focal weakness. Normal muscle bulk/tone. He had decreased pin perception in the left C6-7 dermatomes. He had no elicitable Biceps or Triceps jerks, but those were symmetric. He had 2+ radial pulses.

Subsequently, NCS was done and results could be found in the accompanying sheets. EMG was done using sterile and disposable concentric needle.

In summary, NCS showed normal Median, Ulnar and Radial sensory nerves, and normal Median and Ulnar motor nerves with normal corresponding F-wave latency. EMG showed subtle left C6 root irritation (subacute).

**Impression/Plan:** Cervical disc disease with mainly left C6-7 radicular symptoms. For now would continue with adjustment, cervical traction and conditioning and same medications. The patient will recheck in a month.

Exhibit: 7

**Mile-Hi Neurology Services, P.C.**
**Khoi D. Pham MD, MBA, Neurologist**
9399 Crown Crest Blvd., Suite 422
Parker, CO 80138
Phone: 303-840-7976; Fax: 303-840-0942

October 23, 2012

Office note re **Vu Phan** (DOB: 10/8/1953)

Vu returned for evaluation of injuries from new MVA. He was last seen on 5/16/11. He was in 2 MVAs in 2011. He recovered relatively well, with last treatments through Dr. Haney (epidural steroid injections) last year. On 4/21 this year while getting out of parking building, a car backed into the back of his car rather violently. He continued to see Dr. Padua.
He returned to see me today because of significant neck pain/stiffness, to the point he had difficulty overlooking his shoulders while driving and had problems with lane-changing. He complained of pain down the left arm. He also stated the low back pain had been constant and his left heel felt sore. He had been seeing Dr. Varner as well. Current medications included Ultram 100mg bid and Trazodone 100mg qhs. He said he went to bed usually at around 10PM but could not fall asleep till 2AM, tossing and turning. He denied any focal weakness or numbness and there was no bowel or bladder dysfunction.
Past medical history, family history, social history could be found in the chart. On exam, he was well-nourished, well-developed male in no acute distress. BP: 130/80. General exam was unremarkable.
Neurologically, he was appropriate mentally and his speech was fluent. PERRL, EOMI, fundi benign. Discs flat and sharp. Visual fields were full. No abnormal nystagmus. TMs were clear. Face was symmetric. Throat was benign. No cranial or facial tenderness to palpation. Neck was stiff with significantly decreased ROM in all spheres. Trapezii felt tight. He had no focal weakness. He had 1+ and symmetric reflexes. Babinsky sign was absent. He had no cerebellar or gait ataxia. He had negative Rhomberg. There was decreased pin perception in the left C7 dermatome.
**Impression/Plan:** Neck and back strain post MVA and not improving with conservative treatment. I will repeat his C-spine MRI and compare with the one done last year to see if there is any change, as clinically, he was worse.
In the meantime, I increased his Ultram to 100mg po tid, refilled his Lidoderm patches, increased his Trazodone to 150mg po qhs and added Flexeril 10mg po tid prn spasm. He will recheck with me in 3 weeks for follow-up and for EMG/NCS of the neck and left arm.

## BONE AND JOINT CENTER
*Lawrence Varner, D.O.*
*F.A.O.A.O.  F.A.C.O.S.*
*Board Certified*

**VU PHAN**                                                          09/05/12

**S:**   He presents today because his back pain is really becoming more and more uncomfortable.  He recalls having some history of back pain prior to the auto accident of 04/21/12, but the pain is only about a 2 out of 10 and only on the L side.  Now, he has pain bilaterally in the low back and it goes from an 8 to a 10+ out of 10, such that it interferes significantly with his quality of life.  He denies significant radicular symptoms into either lower extremity, although he had some arch pain on the L when he walked around the flea market for an hour last weekend.  Vu can't use his bike, which I had recommended earlier, because of associated low back pain.  None of the medicines help him anymore, although they did initially, when he was placed on an NSAID by Dr. Pham.  Now, the tramadol doesn't help, and he has ibuprofen as well as Naprosyn at home and those don't see to help, either.  He has also been on Meloxicam in the past.

**O:**   Negative sciatic stretch signs bilateral lower extremities.  He is tender along the L foot arch, and has negative Homans/spurlings bilateral.  No sensory deficit in either foot.  Palpation of the low back shows mild to moderate tenderness in the PSIS, both L and R sides, and significant more severe tenderness in the midline at L5/S1 where he currently has a lidocaine skin patch on; this is removed for exam.

   L foot x-rays of 08/21/12 are negative.

**A:**   Posttraumatic lumbar myofascitis with tender point, midline (847.2).

**P:**
   1. Midline tender point injection now with 4mg dexamethasone and 2c 1% xylocaine.
   2. See me in 1 month for reevaluation and follow up.
   3. No Rxs given today.

Cc:
Alvin Padua, DC
1350 Chambers #103
Aurora, CO 80011

LV/ms

Exhibit:  *8*

*14111 E. Alameda Ave., #200*          *Phone #: (303) 360-6003 Fax #:  (303) 364-3314*
*Aurora, Colorado  80012*                      *www.boneandjointcenter.org*

12/17/2013 5:03PM FAX  3034570816          INFINITY                                  ☒0004/0004

# BONE AND JOINT CENTER
### Lawrence Varner, D.O.
### F.A.O.A.O.  F.A.C.O.S.
### Board Certified

**VU PHAN**                                                                              08/21/12

**S:**  He's attending PT once a week and is about 30-40% better.  However, he still notes localized low back pain along with pain in the arch of the L foot, particularly, and they seem to be related.  He experienced coldness in both feet on one occasion last week, as well, and he apparently fell at that time when his feet both felt cold.  The coldness in his feet has increased to daily now; he is type II diabetic, blood sugars around 100.

**O:**  He has bounding dorsalis pedis and posterior tibial pulses bilaterally with normal color and no obvious vascular deficit in either foot.  Negative sciatic stretch signs bilaterally.  DTRs are +1 and equal bilaterally at patellae and Achilles.  No sensory deficit in either foot today.  Excellent EHL strength bilaterally.  Tender along the L arch, but not over the os calcis plantar surface.  No calluses, erythema, hyperemia, or ecchymosis on either foot.  No tenderness in the lumbar region today to palpation.

**A:**  Posttraumatic lumbar myofascitis (847.2).

**P:**
1. I am suggesting he sees Dr. Fraser, who treats his diabetes, for additional potential vascular workup; his peripheral pulses were very good today, but I can't explain the intermittent coldness on the basis of a lumbar radiculopathy.  His neurological exam was intact today.
2. We'll x-ray L foot and evaluate for midfoot arthritis.  Rx written.
3. Continue therapy and follow up in 1 month.
4. We'll hold off on any lumbar injections since he has improved significantly.

Cc:
Alvin Padua, DC
1350 Chambers #103
Aurora, CO 80011

LV/ms R1

14111 E. Alameda Ave., #200              Phone #: (303) 360-6003 Fax #:  (303) 364-3314
Aurora, Colorado  80012                  www.boneandjointcenter.org

## BONE AND JOINT CENTER
*Lawrence Varner, D.O.*
*F.A.O.A.O.   F.A.C.O.S.*
**Board Certified**

August 07, 2012

Alvin Padua, DC
1350 Chambers #103
Aurora, CO 80011

Re: Vu Pham
Auto Accident (3rd): 04/21/12

Dear Dr. Padua,

I've had the pleasure of seeing your patient, Vu Pham, for the first time today, 08/07/12, in my Aurora office for an orthopedic evaluation of his neck and low back incident to injuries sustained on 04/21/12 when he was involved in his third automobile accident in two years. On that date, Vu Pham was driving his 1993 BMW 525I in a parking lot when a truck was backing out of his parking spot and apparently didn't see Vu Pham. Vu Pham sped up, but the truck still caught the right rear of his BMW, causing it to spin around. Vu Pham had a seatbelt on and denies loss of consciousness or head trauma. About $1,300 damage was done to his vehicle. He went home thereafter, but has had ongoing pain in his neck and low back since. The pain registers about 7-9 out of 10 in his neck and 7-9 out of in his low back, depending on what activities he engages in. He can walk about 200' and then experiences significant low back pain and gluteal pain, as well as anterior bilateral thigh and anterior leg pain, going down into the feet. He states his left hand is weak and he drops bowls and objects such as pens, although he is right handed.

He was involved in two automobile accidents as well back in 2011, one on January 8th and one on April 7th. The April 7th case closed this past November of 2011, although he states he still had pain in his neck and low back at the close of those accidents. He has been under your care, and it has been apparently decided that about 40% of his current symptoms still relate to the two accidents back in 2011 and 60% of his current symptoms are related to the accident of 04/21/12, four months ago.

He saw Dr. Khoi Pham, neurologist, last year for the two accidents in 2011 and underwent a bilateral upper extremity EMG and was placed on some sleeping pills. An MRI was ordered as well by Dr. Pham. No other treatment is mentioned however by Dr. Pham, through Vu Pham's discussions today. He also had four series of injections in his neck and back at spine one following the second accident back in April of 2011. These shots gave him some temporary relief.

He is currently a student, going to UCD fulltime.

He denies any numbness in his fingers, but states he has numbness in both feet, all toes.

Vu Pham
August 07, 2012
Page 2

Past medical history shows he is on multiple medications, taking metformin for diabetes, Atenolol for hypertension, and an inhaler on a p.r.n. basis for asthma. He takes Meloxicam, Flexeril, naproxen, Trazodone, Lidoderm patches, and takes 5 HTP (OTC) to help him sleep. He takes melatonin to help sleep as well. He has no allergies, is a non-smoker, does not use alcohol, and has had no surgeries in the past. Denies personal history of cancer, TB, diabetes, heart disease, kidney disease, epilepsy, depression, addictions, ulcers, bleeding problems, osteoporosis, hepatitis, or HIV.

Physical exam reveals a well-developed, well-nourished, cooperative, 58 year old, South Vietnamese male who stands 5'6", weighs 170 pounds, and is in a mild to moderate degree of acute distress referable to his cervical and lumbar spines. His cervical spine range of motion is significantly decreased today with flexion/extension equal to 25 degrees each. Rotation right and left equal 35 degrees right and 30 degrees left. Side bending 15 degrees each, right/left. He moves slowly and deliberately. He has excellent grip strength in both hands and is tender to palpation in the paraspinal cervical muscles, slightly ropey in quality, with firmness in both left and right levator scapula and trapezius, with minimal tenderness there. DTRs are +1 and equal bilaterally in the upper extremities at biceps, triceps, and brachioradialis. The sensation in both hands is intact.

His back exam shows patient sitting with DTRs +1 and equal bilaterally at patellae and Achilles with reinforcement. Sciatic stretch signs negative while sitting, with negative bowstring and spurling. Sensation intact in both lower extremities. With patient standing, he can heel and toe walk well. Low back exam shows tenderness at PSIS bilaterally, and slightly so at sacroiliac joints, but negative sciatic notch tenderness. His supine exam shows tightness bilaterally in the hamstrings and SLR at 65 degrees with negative spurling and bowstring on bilateral lower extremities, but right low back pain does not improve with right hip flexion. Left low back pain is slightly improved with hip flexion after SLR. Patrick-Fabere test negative for any bilateral hip joint pathology.

X-rays brought with Vu Pham today, shot 08/02/12, of his cervical, thoracic and lumbar spine are somewhat dark in contrast. The cervical spine shows straightening of the normally lordotic curve, with C4/5 and 5/6 and 6/7 degenerative disk disease. The lumbar spine shows increased lordosis with early degenerative disk disease at L5/S1. An MRI of his cervical spine from 02/23/11 shows small disk bulges and protrusions with no cord involvement. Foraminal stenosis at C5/6 and C6/7 on the right. (does not correlate clinically) Lumbar MRI of 04/20/11 shows small disk protrusion at L2/3, centrally. Small bulge at L5/S1.

Impression:
1. Posttraumatic cervical and lumbar myofascitis (847.0)(847.2) with PSIS tender points, bilateral lumbar region.

Vu Pham
August 07, 2012
Page 3

2. Degenerative disk disease of cervical spine with foraminal stenosis at C5/6 and C6/7 on the right (does not correlate clinically), without myelopathy (721.1) (722.4).

3. Small central lumbar disk protrusion at L2/3, without myelopathy (722.10).

Plan:

1. I suggest increased activity levels, including non-impact exercises such as swimming. Vu Pham does not care for swimming, but states he has a bike at home. He does not like the pelvic traction, because the system doesn't seem to fit, although he does enjoy cervical traction and thinks that may help.

2. Rx Ultram 50mg, dispense 60 sig. 1 p.o. q 6h p.r.n. pain.

3. See me in 2 weeks for reevaluation. I may consider lumbar trigger point injections at that time.

Thank you, Dr. Padua, for the opportunity to participate in Vu Pham's orthopedic consult.

Sincerely,


Lawrence N. Varner, DO
LV/ms



# Aim High Chiropractic

1350 Chambers Road, Suite 103
Aurora, CO 80011
303-577-2040
Fax: 303-577-0089
www.denverSchiropractic.com

June 18, 2012

State Farm Claims
PO Box 52282
Phoenix, AZ 85072-2282

Claim #:       06-06W3-884
Date of Loss:  4/21/12
Patient Name:  Vu Phan

**What is the patient's diagnosis/ prognosis?**

Diagnoses:
- Cervical Sprain/Strain (847.0)
- Cervical Radiculitis (723.4)
- Cervical Intervertebral Disc Syndrome (722.0)
- Laxity of ligament – cervical (728.4)
- Cervical Segmental Dysfunction (739.1)
- Cervical Disc Degeneration (722.4)
- Thoracic Sprain/ Strain (847.1)
- Thoracic Segmental Dysfunction (739.2)
- Thoracic Disc Degeneration (722.51)
- Lumbar Sprain/Strain (847.2)
- Lumbar Segmental Dysfunction (739.3)
- Lumbar Disc Degeneration (722.52)
- Sciatica (724.3)

The prognosis is fair with projected residual/permanent pain in all areas.

**Please list the patient's subjective complaints and the objective findings confirming same.**

Mr. Phan is complaining of constant cervical spine (C/S) pain with radiation into bilateral (B) hands, thoracic spine (T/S) pain, and lumbar spine (L/S) pain with radiation into bilateral feet. Increased pain in C/S with any head movement and increased pain in T/S and L/S with walking, prolonged sitting. Furthermore, any strenuous activity increases all pain.

Exhibit: 9

Objective findings include limited C/S range of motion (ROM) with pain in all directions excluding left rotation. Positive findings in cervical compression (neutral, extension, and (B) lateral flexion), maximal foraminal compression, and (R) shoulder depression tests. Limited T/S, L/S ROM with pain in all directions excluding flexion. Positive findings in (B) Kemp's, right straight leg raise, (B) Patrick's, and (B) Yeoman's tests. Diminished (B) patellar reflex. Severe muscle spasms in the C/S, T/S, and L/S. Severe trigger points in (B) suboccipitals, (B) trapezius, and left piriformis muscles.

**What is your recommended treatment plan?  Please specify frequency and modalities.**

Mr. Phan is on a current treatment plan of 2 visits per week.  Current treatment includes spinal adjustments/ manipulation, intersegmental mobilization therapy, therapeutic ultrasound, massage therapy (1x/ week) and stabilization exercises.

**Please provide the percentage the patient has reached toward maximum medical improvement or full recovery.**

To date, Vu is approximately 30-40% towards maximum medical improvement.

**What is you projected maximum medical improvement date?**

Projected MMI date is October 23, 2012.

**What is your projected release date?**

Projected release date is October 23, 2012.

**Have you treated the patient prior to the 4/21/12 motor vehicle accident?  If so, please specify when the prior treatment took place, the diagnosis, and the duration of the treatment.**

I have treated Vu for two prior motor vehicle accidents.  For the first accident, he was treated from 1/1/2011 to 4/5/2011.  While still treating for the first accident, he was involved in a 2nd accident.  Treatment for the second accident was from 4/8/2011 to 10/31/2011.  Prior to the accident on 4/21/12, Vu was coming for regular maintenance chiropractic visits.  The diagnoses for Mr. Phan remained the same (see above) excluding sciatica prior to the most recent accident.

**Did the accident aggravate or exacerbate any prior injuries or pre-existing conditions?  If so, what is the percentage of current treatment you would apportion to the pre-exisiting injury or pre-existing condition.**

The accident aggravated the residual C/S, T/S, and L/S pain that Vu had from his prior accidents. Prior to the most recent accident, Mr. Phan complained of intermittent C/S, T/S, and L/S pain, but now he is complaining constant pain.  Furthermore, prior to the most recent accident he complained of radiation into his left hand and into his left leg, but now he is complaining of bilateral radiation into his hands and legs.

Apportionment:        Pre-existing condition: 40%

40

06-06W3-884
Page 2
October 19, 2012

Have you treated the patient prior to the April 21, 2012 motor vehicle accident? If so, please specify when the prior treatment took place, the diagnosis, and the duration of the treatment.

No

Did the accident aggravate or exacerbate any prior injuries or pre-existing conditions? If so, what is the percentage of current treatment you would apportion to the pre-existing injury or pre-existing condition.

yes - 40% to pre-existing injuries for prior AA
60% to current A-A 4/21/12

Was the course of treatment of the pre-existing condition or pre-existing injury altered as a result of the motor vehicle accident? If so, please specify how.

yes - he saw me for consultation following the Third, latest AA of 4/21/12

Are there physical restrictions as a result of the injury/injuries? If so, please specify what specific activities are restricted and to what extent (i.e. lifting, prolonged standing or sitting, driving while on certain medications, etc.). What is the projected duration of the injured party's restrictions?

unknown — pt did not follow up would suggest an FCE.

Signature of Provider          Date
10-31-2012

If you have any questions, please contact us. We look forward to hearing from you soon.

Sincerely,

Dawn Orbeck
Claim Representative
(800) 419-7633 Ext. 35963
Fax:   (888) 759-9032

State Farm Mutual Automobile Insurance Company

Enclosure(s):  Authorization For Release of Information .
cc:    Vu Phan
       17216 E Ford Dr
       Aurora, CO 80017